UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PIERRE YVES CHICOINEAU,<br><br>         Plaintiff,<br><br> - against -<br><br>BONNIER CORPORATION<br><br>         Defendant. | Docket No. 1:18-cv-3264<br><br>JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff Pierre Yves Chicoineau ("Chicoineau" or "Plaintiff") by and through his undersigned counsel, as and for his Complaint against Defendant Bonnier Corporation ("Bonnier" or "Defendant") hereby alleges as follows:

### NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph of the Eiffel Tower, owned and registered by Chicoineau, a professional photographer. Accordingly, Chicoineau seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

### JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq.*, and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. This Court has personal jurisdiction over Defendant because Defendant resides and/or transacts business in New York.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5. Chicoineau is a professional photographer in the business of licensing his photographs to online and print media for a fee having a usual place of business at 10221 Thurston Groves Blvd, Seminole, Florida 33778.

6. Upon information and belief, Bonnier is a foreign business corporation duly organized and existing under the laws of the State of Delaware, with a place of business at 2 Park Avenue, New York, New York 10016. Upon information and belief, Bonnier is registered with the New York State Department of Corporations to do business in New York. At all times material, hereto, Bonnier has owned and operated a website at the URL: www.DestinationWeddingMag.com (the "Website").

## STATEMENT OF FACTS

### A. Background and Plaintiff's Ownership of the Photograph

7. Chicoineau photographed the Eiffel Tower (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8. Chicoineau is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

9. The Photograph was registered with the United States Copyright Office and was given registration number VAu 577-335.

### B. Defendant's Infringing Activities

11. Bonnier ran an article on the Website entitled *Top 5 Romantic Spots to Steal a Kiss in Paris*. See https://www.destinationweddingmag.com/blogs/top-5-romantic-spots-steal-

kiss-paris#page-6. The article prominently featured the Photograph. A screen shot of the Photograph on the article are attached hereto as Exhibit C.

12. Bonnier did not license the Photograph from Plaintiff for its article, nor did Bonnier have Plaintiff's permission or consent to publish the Photograph on its Website.

**CLAIM FOR RELIEF**
**(COPYRIGHT INFRINGEMENT AGAINST BONNIER)**
**(17 U.S.C. §§ 106, 501)**

13. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-12 above.

14. Bonnier infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on the Website. Bonnier is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photograph.

15. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

16. Upon information and belief, the foregoing acts of infringement by Bonnier have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

17. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

18. Alternatively, Plaintiff is entitled to statutory damages up to $150,000 per work infringed for Defendant's willful infringement of the Photograph, pursuant to 17 U.S.C. § 504(c).

19. Plaintiff further is entitled to his attorney's fees and full costs pursuant to 17 U.S.C. § 505.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant Bonnier be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2. The Defendant Bonnier be adjudged to have falsified, removed and/or altered copyright management information in violation of 17 U.S.C. § 1202.

3. Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph; or b) alternatively, statutory damages of up to $150,000 per copyrighted work infringed pursuant to 17 U.S.C. § 504;

4. That Plaintiff be awarded his costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 505;

5. That Plaintiff be awarded pre-judgment interest; and

6. Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
April 13, 2018

LIEBOWITZ LAW FIRM, PLLC

By: /s/Richard Liebowitz
Richard P. Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com
*Attorneys for Plaintiff Pierre Yves Chicoineau*