UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PIERRE YVES CHICOINEAU,

      Plaintiff,

                                                        Docket No.: 1:18-cv-3264

v.

BONNIER CORPORATION,

      Defendant.

_____/

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Michael D. Crosbie, Esq., hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Bonnier Corporation, in the above-captioned action.

I am in good standing of the bars of the state of Florida and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any Court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: April 24, 2018

                                                      Respectfully Submitted,

                                                      */s/ Michael D. Crosbie*
                                                      MICHAEL D. CROSBIE, ESQ.
                                                      Florida Bar No. 72575
                                                      SHUTTS & BOWEN LLP
                                                      300 S. Orange Avenue, Suite 1600
                                                      Orlando, Florida 32801
                                                      Telephone: 407-835-6796
                                                      Facsimile: 407-849-7275
                                                      Email: mcrosbie@shutts.com

## CERTIFICATE OF SERVICE

I certify that on April 24, 2018, I electronically filed the foregoing with the Clerk of the Court which will send a notice of electronic filing to all counsel of record.

                                                  */s/ Michael D. Crosbie*
                                                  Michael D. Crosbie, Esq.

ORLDOCS 16089627 1 32321.0074