UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PIERRE YVES CHICOINEAU,

    Plaintiff,

v.

                                  Docket No.: 1:18-cv-3264

BONNIER CORPORATION,

    Defendant.
_____/

## AFFIDAVIT OF MICHAEL D. CROSBIE IN
## SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Michael D. Crosbie, being duly sworn, hereby deposes and says as follows:

1. I am an attorney with the firm of Shutts & Bowen LLP, 300 Orange Avenue, Suite 1600, Orlando, Florida 32801. My email address is *mcrosbie@shutts.com*.

2. I have been retained by the defendant, Bonnier Corporation, to defend this cause on their behalf, and I am associated with local counsel, Thomas E. Butler, White and Williams LLP, 7 Times Square, Suite 2900, New York, New York 10036 (butlert@whiteandwilliams.com).

3. I am a member in good standing of The Florida Bar and I regularly appear in civil litigation throughout the United States. My Florida Bar number is 72575.

4. I was admitted to practice in the highest court in the State of Florida on January 17, 1996, the U.S. District Court for the Middle District of Florida since March 26, 1996 and the United States Court of Appeals for the Eleventh Circuit since May 20, 2004.

5. My knowledge of the factual and substantive areas of law in this case will be of particular benefit with regard to the efficient handling of this case.

6. I am in good standing, have never been convicted of a felony, censured, suspended, disbarred or denied admission or readmission by any Court, or subject to any disciplinary proceedings in any Court, and I shall submit to the jurisdiction and rules of this Court governing professional conduct.

_____
Michael D. Crosbie

STATE OF FLORIDA
COUNTY OF ORANGE

I certify that on this day personally appeared before me, an officer duly authorized to administer oaths and take acknowledgments, MICHAEL D. CROSBIE, who is personally known to me, and who signed the foregoing, and he acknowledged before me that he did so as his free act and deed, and who did take an oath and the things contained in the above and foregoing affidavit are true and correct.

Sworn and subscribed before me this 23rd day of April, 2018.

Notary Public, State of Florida

_____
Name of Notary, typed, printed or stamped:
My commission expires:



BONITA L. PEARSON
MY COMMISSION # FF 218312
EXPIRES: June 23, 2019
Bonded Thru Budget Notary Services