# Supreme Court of Florida
## Certificate of Good Standing

*I JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

### MICHAEL DAVID CROSBIE

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **January 17, 1996**, *is presently in good standing, and that the private and professional character of the attorney appear to be good.*

*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this April 23, 2018.*



*Clerk of the Supreme Court of Florida.*