UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PIERRE YVES CHICOINEAU,

      Plaintiff,

v.                                         Docket No.: 1:18-cv-3264

BONNIER CORPORATION,

      Defendant.

_____/

### ORDER FOR ADMISSION PRO HAC VICE

The motion of Michael D. Crosbie, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Florida; and that his contact information is as follows:

> Michael D. Crosbie, Esq.
> Shutts & Bowen LLP
> 300 S. Orange Avenue, Suite 1600
> Orlando, Florida 32801
> Telephone: 407-835-6796; Facsimile: 407-849-7275
> Email: mcrosbie@shutts.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the defendant, Bonnier Corporation, in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                              _____

                                                                                                    Jed S. Rakoff
                                                                                                           United States District Judge