UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PIERRE-YVES CHICOINEAU, <br><br> Plaintiff, <br><br> - against – <br><br> BONNIER CORPORATION <br><br><br> Defendant. | 1:18-cv-03264 (JSR) <br><br> **NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT IN FAVOR OF PLAINTIFF** |

**PLEASE TAKE NOTICE** that, upon the annexed declarations of Pierre-Yves Chicoineau, dated August 27, 2018; Richard Liebowitz, dated August 24, 2018, and the exhibits attached thereto; the annexed statement pursuant to Local Rule 56.1 of the United States District Court for the Southern District of New York of material facts as to which there is no genuine issue to be tried; the memorandum of law in support thereof; and the pleadings and prior proceedings herein, Plaintiff Pierre-Yves Chicoineau ("Plaintiff") will move the Court, before the Honorable Jed S. Rakoff (U.S.D.J.), at the Daniel Patrick Moynihan Courthouse, 500 Pearl St., New York, New York 10007-1312, at a time and date to be determined by the Court, for an Order granting partial summary judgment pursuant to Rule 56(a) of the Federal Rules of Civil Procedure in Plaintiff's favor on the issue of liability for copyright infringement (Count I of the Complaint) against Defendant Bonnier Corporation ("Defendant") and for the dismissal as a matter of law of Defendant's affirmative defenses to liability, namely the first (public domain), second (*de minimis* use), third (laches, estoppel and acquiescence), and fifth (bad faith); and for such further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that Defendant's opposition papers must be served by September 14, 2018; and Plaintiff's reply brief must be served by September 21, 2018.

Dated: New York, New York
August 31, 2018

                                        Respectfully submitted,

                                        LIEBOWITZ LAW FIRM
**By: /richardliebowitz/**
Richard Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, New York 111580
(516) 233-1660
rl@liebowitzlawfirm.com

*Attorneys for Plaintiff Pierre-Yves Chicoineau*

**TO:**

MICHAEL D. CROSBIE, ESQ.
Florida Bar No. 72575
Email: mcrosbie@shutts.com

MAUREEN K. ROGERS, ESQ.
Florida Bar No. 0119226
Email: mrogers@shutts.com

SHUTTS & BOWEN LLP
300 S. Orange Avenue, Suite 1600
Orlando, Florida 32801
Telephone: 407-835-6796
Facsimile: 407-849-7275

THOMAS E. BUTLER, ESQ. (local counsel)
(2483261)
White and Williams, LLP
7 Times Square, Suite 2900
New York, New York 10036
Telephone: 212-714-3070
Facsimile: 212-631-4431
Email: butlert@whiteandwilliams.com