# EXHIBIT A



CHIC002