# EXHIBIT C



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (Pierre-Yves Chicoineau)[ in Keyword Anywhere ]
Search Results: Displaying 1 of 6 entries



*All 2002 photographs by Pierre Yves Chicoineau.*

| | |
|---:|:---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VAu000577335 / 2003-02-04 |
| **Title:** | All 2002 photographs by Pierre Yves Chicoineau. |
| **Description:** | CD-ROM. |
| **Copyright Claimant:** | Pierre Yves Chicoineau |
| **Date of Creation:** | 2003 |
| **Names:** | Chicoineau, Pierre Yves |





Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page