UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PIERRE YVES CHICOINEAU,<br><br>       Plaintiff,<br><br>- against –<br><br>BONNIER CORPORATION.<br><br>       Defendant. | 1:18-cv-03264 (JSR)<br><br>**DECLARATION OF RICHARD P. LIEBOWITZ IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

**RICHARD P. LIEBOWITZ**, under the penalty of perjury, declares:

1. I am an attorney with Liebowitz Law Firm, PLLC (the "Firm"), where I am the founder and managing attorney.

2. I am over the age of 18 years old, competent to testify and a member in good standing of the New York State Bar. I am admitted to practice before this Court and serve as lead counsel in this matter.

3. I submit this declaration in support of Plaintiffs' motion for partial summary judgment on liability for copyright infringement against Defendant Bonnier Corporation ("Defendant" or "Bonnier").

4. The Firm specializes in enforcing the copyrighted works of photographers.

5. It is the Firm's routine practice to search the internet on behalf of the Firm's clients to locate infringing content. In furtherance of that practice, the Firm employs support staff to assist in searching for infringements.

6. I directly supervise all employees of the Firm who handle the search for infringements. Two of the Firm's employees who search for infringements are Donna Halperin and Henry Root-Matza.

7. On or about February 1, 2018, Plaintiff became a client of the Firm.

8. On or about February 8-9, 2018, during the Firm's routine practice of searching the internet for infringing content, the Firm discovered Plaintiff's photograph of the Eiffel Tower displayed on a website owned and operated by Defendant. A true and correct copy of Plaintiff's privilege log, reflecting the Firm's internal communications about discovering Defendant's infringement of Plaintiff's photograph, is attached hereto as Exhibit A.

9. The Firm's discovery of Defendant's infringing activity was carried out in accordance with the Firm's routine practice of searching the internet for infringing content on behalf of the Firm's clients.

10. Bonnier Corporation is a largescale, for-profit media company based in New York with over 1000 employees and reported annual revenue of $350 million. Attached as Exhibit B is a true and correct copy of Bonnier's Wikipedia page (accessed August 24, 2018 @ https://en.wikipedia.org/wiki/Bonnier_Corporation).

Dated: Valley Stream, New York
Executed this 24th Day of August, 2018

*Richard Liebowitz*
RICHARD P. LIEBOWITZ