# EXHIBIT A

*Chicoineau v. Bonnier Corporation*, 18-cv-3264 (JSR)                                        Privilege Log, 8/14/18

# PLAINTIFF'S PRIVILEGE LOG

**Pierre-Yves Chicoineau:** Plaintiff
**Henry Root-Matza:** Employee of Liebowitz Law Firm PLLC
**Donna Halperin:** Employee of Liebowitz Law Firm PLLC

|   | Type of Document | Date (Time) | Author | Recipient(s) | Re: | Privilege Asserted |
|---|---|---|---|---|---|---|
| 1 | E-mail | 2/9/18 (11:04 a.m.) | Pierre-Yves Chicoineau | Henry Root-Matza; c.c. Donna Halperin; | Discovery of infringing content | Work-Product |
| 2 | E-mail | 2/9/18 (11:07 a.m.) | Henry Root-Matza | Pierre-Yves Chicoineau | Discovery / review of infringing content | Work-Product |
| 3 | E-mail | 2/9/18 (11:20 a.m.) | Pierre-Yves Chicoineau | Henry Root-Matza; c.c. Donna Halperin | Discovery / review of infringing content | Work-Product |
| 4 | E-mail | 2/9/18 (11:22 a.m.) | Henry Root-Matza | Pierre-Yves Chicoineau | Discovery / review of infringing content | Work-Product |
| 5 | E-mail | 2/9/18 (11:51 a.m.) | Pierre-Yves Chicoineau | Henry Root-Matza; D c.c. Donna Halperin; | Discovery / review of infringing content | Work-Product |
| 6 | E-mail | 2/9/18 (12:21 p.m.) | Henry Root-Matza | Pierre-Yves Chicoineau | Advice re: jurisdictional matters | Work-Product Attorney-Client |
| 7 | E-mail | 2/9/18 (3:57 p.m.) | Henry Root-Matza | Pierre-Yves Chicoineau | Discovery / review of infringing content | Work-Product |

*Chicoineau v. Bonnier Corporation*, 18-cv-3264 (JSR)                                    Privilege Log, 8/14/18

|   | Type of Document | Date (Time) | Author | Recipient(s) | Re: | Privilege Asserted |
|---|---|---|---|---|---|---|
| 8 | E-mail | 2/9/18 (6:29 p.m.) | Pierre-Yves Chicoineau | Henry Root-Matza; D c.c. Donna Halperin; | Permission to pursue infringement | Work-Product Attorney-Client |
| 9 | E-mail | 2/8/18 (1:03 p.m.) | Donna Halperin | Henry Root-Matza | Discovery/review of infringing content | Work-Product |