# EXHIBIT B

**WIKIPEDIA**

# Bonnier Corporation

**Bonnier Corporation** is an American _magazine_ _publisher_ owned by the Swedish _Bonnier Group_. It was formed in March 2007 by the merger of _World Publications_, _Time4 Media_, and _The Parenting Group_. It publishes more than 40 special-interest magazines and is based in _Winter Park, Florida_.

| Bonnier Corporation | |
|---|---|
| **BONNIER** | |
| Parent company | Bonnier AB |
| Status | Active |
| Founded | March 2007 |
| Founder | Terry Snow |
| Country of origin | USA |
| Headquarters location | Winter Park, Florida |
| Publication types | Magazines |
| Revenue | $350 million |
| No. of employees | >1000 |
| Official website | www.bonniercorp.com (http://www.bonniercorp.com) |

## Contents

**Publications**
    Former
**References**
**External links**

## Publications

Publications owned by Bonnier Corporation include:

### Fishing, Sailing and Boating/Aviation/Water Sports groups

- _Boating_
- _Cruising World_
- _Flying_
- _Marlin_
- _Sailing World_
- _Salt Water Sportsman_
- _Scuba Diving_
- _Sport Diver_
- _Sport Fishing_
- _Wakeboarding_
- _WaterSki_
- _Yachting_

### Motorcycle Group

- _ATV Rider_
- _Baggers_
- _Cycle World_
- _Dirt Rider_
- _Hot Bike_
- _Motorcycle Cruiser_
- _Motorcyclist_
- _Sport Rider_
- streetchopperweb.com
- superstreetbike.com
- utvdriver.com

### New York-based brands

- _Field & Stream_
- _Outdoor Life_

### Travel & Epicurean Group

- _Destination Weddings & Honeymoons_

### Other

- _Weldon Owen_
- _World Entertainment Services_

- *Popular Science*
- *SHOT Business*
- *Saveur*

- *Florida Travel & Life*
- *Islands*

**Working Mother Network**

- *Working Mother*
- DiversityBestPractices.com

- *World Sports & Marketing*

## Former

- *American Photo*
- *Baby Talk*
- *Boating Life* [1]
- *Caribbean Travel & Life*
- *Conceive*
- *Fly Fishing in Salt Waters*
- *Garden Design*
- *Home Ft. Lauderdale*
- *Home Miami*
- *Kiteboarding*
- *MotorBoating*
- *NewBoats.com*
- *Parenting*
- *Popular Photography*
- *Power Cruising*
- *QUAD*
- *Resorts & Great Hotels*
- *Science Illustrated*
- *Skiing*
- *SNOW*
- *Spa*
- *UsedBoats.com*
- *WindSurfing*
- *YachtBroker.com*

# References

1. "Fall 2009 Preview of Magazine Deaths to Come" (http://www.magazinedeathpool.com/magazine_death_pool/2009/09/fall-2009-preview-of-magazine-deaths-to-come.html). Magazine Death Pool. 2009-09-15. Retrieved 2012-04-01.

# External links

- Official website (http://www.bonniercorp.com/)

Retrieved from "https://en.wikipedia.org/w/index.php?title=Bonnier_Corporation&oldid=841127459"

**This page was last edited on 14 May 2018, at 05:42 (UTC).**

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.