UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PIERRE YVES CHICOINEAU,<br><br>     Plaintiff,<br><br>- against –<br><br>BONNIER CORPORATION<br><br><br>     Defendant. | 1:18-cv-03264 (JSR)<br><br>ECF Case |

**PLAINTIFF'S STATEMENT PURSUANT TO LOCAL RULE 56.1**

Pursuant to Rule 56.1 of the Local Civil Rules of the United States District Court for the Southern District of New York, Plaintiff Pierre-Yves Chicoineau ("Chicoineau" or "Plaintiff") respectfully submits this statement of material facts as to which Plaintiff contends there is no genuine issue to be tried in support of his motion for partial summary judgment of liability against Defendant Bonnier Corporation ("Bonnier" or "Defendant") for copyright infringement in violation of 17 U.S.C. § 501.

**Plaintiff Pierre Yves Chicoineau**

  1.  Chicoineau is a professional photographer. [Declaration of Pierre Yves Chicoineau, dated August 27, 2018 ("Chicoineau Declr."), ¶ 3]

  2.  Chicoineau has been in the business of licensing his photographs for over 15 years. [Chicoineau Declr., ¶ 3]

**Defendant Bonnier Corporation**

3.      Bonnier Corporation is a largescale, for-profit media company based in New York with over 1000 employees and reported annual revenue of $350 million. [Declaration of Richard P. Liebowitz, dated August 24, 2018 ("Liebowitz Delcr."), ¶ 4, Ex. B]

4.      Bonnier owns and operates the website www.DestinationWeddingMag.com. (the "Website") [Amended Answer ¶ 6 (Dkt. #19)]

**The Photograph of The Eiffel Tower– November 27, 2002**

5.      On or about November 27, 2002, Plaintiff photographed the Eiffel tower illuminated at night in Paris, France (the "Photograph"). In composing his rendition of the Eiffel Tower, Plaintiff selected the angle of shot, light and shade, exposure, and effects achieved by means of filters. [Chicoineau Declr., ¶ 4]

6.      Plaintiff then licensed the Photograph to a third-party stock photography agency called "Big Stock Photo" which maintains a website at www.bigstockphoto.com. [Chicoineau Declr., ¶ 5]

**Registration of the Photograph – February 4, 2003**

7.      Plaintiff is in possession of a registration certificate for the Photograph, bearing number VAu000577335, with effective date February 4, 2003 (the "335 Registration"). [Chicoineau Declr., ¶ 6]

8.      Plaintiff personally deposited the Photograph with the U.S. Copyright Office as part of his application for the 335 Registration. [Chicoineau Declr., ¶ 7]

**Defendant's Unauthorized Publication of the Photograph – August 12, 2010**

9.      On or about August 12, 2010, Defendant published an article on the Website entitled "*Top 5 Romantic Spots to Steal a Kiss in Paris*" at the URL

2

https://www.destinationweddingmag.com/blogs/top-5-romantic-spots-steal-kiss-paris#page-6

(the "Bonnier Article").  [Chicoineau Declr., ¶ 8]

      10.     Defendant displayed the Photograph on the Website as part of the Bonnier Article.  [Amended Answer ¶ 11 (Dkt. #19); Chicoineau Declr., ¶ 8]

      11.     Commercial advertisements are visible on the face of the Bonnier Article where the Photograph is prominently displayed.  [Chicoineau Declr., ¶ 9]

      12.     On the face of the Bonnier Article, Plaintiff was <u>not</u> credited as the author of the Photograph. [Chicoineau Declr., ¶ 10]

      13.     Defendant did not seek Plaintiff's permission to publish the Photograph. [Chicoineau Declr., ¶ 11]

      14.     Bonnier did not have a license to display the Photograph on the Website. [Amended Answer ¶¶ 12, 14 (Dkt. #19)

      15.     Plaintiff never granted Defendant authorization to copy the Photograph or distribute copies of Plaintiff's registered work to the public.  [Chicoineau Declr., ¶ 12]

      16.     There was no communication between Plaintiff and Defendant before the infringement was discovered and Plaintiff never made representations to Defendant at any time. [Chicoineau Declr., ¶ 13]

      17.     Defendant's unauthorized use of the Photograph occurred subsequent to the effective date of the 335 Registration. [Chicoineau Declr., ¶ 14]

**Plaintiff's Discovery of the Infringement – February 8, 2018**

      18.     It is the routine practice of Plaintiff's counsel, Liebowitz Law Firm, PLLC (the "Firm"), to search the internet on behalf of the Firm's clients to locate infringing content on-line. [Liebowitz Declr. ¶¶ 5]

19. On or about February 1, 2018, Plaintiff became a client of the Firm. [Chicoineau Declr., ¶ 15; Liebowitz Declr. ¶ 7]

20. On or about February 8-9, 2018, the Firm discovered the Bonnier Article as part of the Firm's routine practice of searching for infringements on the internet and promptly notified Plaintiff of Defendant's use of the Photograph. [Chicoineau Declr., ¶ 16; Liebowitz Declr. ¶¶ 8-9]

21. Before the Bonnier Article was discovered by the Firm in February 2018, Plaintiff had no reason to know that Bonnier had published the Photograph without Plaintiff's authorization. [Chicoineau Declr., ¶ 17]

Dated: August 31, 2018
Valley Stream, New York

LIEBOWITZ LAW FIRM, PLLC

By:/richardliebowitz/
Richard P. Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
(516) 233-1660
rl@liebowitzlawfirm.com

*Counsel for Plaintiff Pierre-Yves Chicoineau*