Pierre Chicoineau
June 15, 2018

1              UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF NEW YORK

2                      Docket No.: 1:18-cv-3264

3

4    PIERRE YVES CHICOINEAU,

5         Plaintiff,

6      vs.

7    BONNIER CORPORATION,

8         Defendant.
     _____/

9

10

11

12            DEPOSITION OF PIERRE YVES CHICOINEAU

13              Friday, June 15, 2018

14              10:01 a.m. - 12:51 p.m.

15              Shutts & Bowen, LLP
             4301 West Boy Scout Boulevard

16                 Suite 300
             Tampa, Florida 33607

17       ---------------------------------------------

18

19

20

21

22

23

24         STENOGRAPHICALLY REPORTED BY:
                LISA ORTEGA, RPR

25              Job No.: 1746746

Pierre Chicoineau
June 15, 2018                                              2

```
 1   APPEARANCES:

 2

 3   Attorney for Plaintiff:

 4      RICHARD P. LIEBOWITZ, ESQUIRE
        LIEBOWITZ LAW FIRM, PLLC
 5      11 Sunrise Plaza
        Suite 305
 6      Valley Stream, New York 11580
        rl@liebowitzlawfirm.com

 7

 8   Attorney for Defendant:

 9      MICHAEL D. CROSBIE, ESQUIRE
        SHUTTS & BOWEN, LLP
10      300 South Orange Avenue
        Suite 1600
11      Orlando, Florida 32801
        mcrosbie@shutts.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                        I N D E X

2

3    DIRECT EXAMINATION BY MR. CROSBIE              5

4    CROSS-EXAMINATION BY MR. LIEBOWITZ            78

5    REDIRECT EXAMINATION BY MR. CROSBIE          80

6    CERTIFICATE OF OATH                          88

7    CERTIFICATE OF REPORTER                      87

8    ERRATA SHEET                                 85

9    Witness Notification Letter                  86

10

11

12                    E X H I B I T S

13

14   Exhibit No. 1 (Original photo)               26

15   Exhibit No. 2 (PYC Services LLL)             28

16   Exhibit No. 3 (Eiffel Tower picture)         29

17   Exhibit No. 4 (Email 23 January 2016)        29

18   Exhibit No. 5 (Eiffel Tower picture)         33

19   Exhibit No. 6 (Emails)                       33

20   Exhibit No. 7 (Bigstock Eiffel Tower picture) 37

21   Exhibit No. 8 (Pierre-Yves Chicoineau-Artwork

22        for Sale-Seminole, FL United States)    56

23   Exhibit No. 9 (Earth, Air, Water 06)         57

24   Exhibit No. 10 (Earth, Air, Water 05)        59

25   Exhibit No. 11 (Earth, Air, Water 04)        59

Pierre Chicoineau
June 15, 2018                                    4

```
1                    E X H I B I T S (cont'd)

2

3    Exhibit No. 12 (Gallery PYC Photography)        59

4    Exhibit No. 13 (PYC Photography-Icons Paris

5                    Eiffel Tower 1)                 60

6    Exhibit No. 14 (PYC Photography-Icons Paris

7                    Eiffel Tower 2)                 62

8    Exhibit No. 15 (PYC Photography-Icons

9                    Shanghai)                       66

10   Exhibit No. 16 (PYC Photography

11                   OPEN-001_Orchids)               69

12   Exhibit No. 17 (PYC Photography Orchid-002)     70

13   Exhibit No. 18 (iStock Eiffel Tower)            71

14   Exhibit No. 19 (Shutterstock Eiffel Tower)      72

15   Exhibit No. 20 (Shutterstock Eiffel Tower)      73

16

17

18

19

20

21

22

23

24

25
```

Pierre Chicoineau
June 15, 2018                                        5

1           The deposition of PIERRE YVES CHICOINEAU was

2     taken pursuant to Notice by counsel for the Defendant on

3     Friday, June 15, 2018, commencing at 10:01 a.m. at

4     Shutts & Bowen, LLP, 4301 West Boy Scout Boulevard,

5     Suite 300, Tampa, Florida 33607.  Said deposition was

6     reported by LISA ORTEGA, RPR, Notary Public, State of

7     Florida at Large.

8                     - - - - - - - - -

9     WHEREUPON:

10          THE REPORTER:  Raise your right hand, please.

11          Do you swear or affirm the testimony you are

12       about to give will be the truth, the whole truth and

13       nothing but the truth?

14          THE WITNESS:  Everything I say will be the

15       truth and only the truth that I know.

16                   PIERRE YVES CHICOINEAU,

17     a witness, having been duly sworn to tell the truth, the

18     whole truth and nothing but the truth, was examined and

19     testified as follows:

20                   DIRECT EXAMINATION

21     BY MR. CROSBIE:

22       Q.   All right.  Could you give the court reporter

23     your name, please.  I'm not going to try and pronounce

24     it the first time.

25       A.   The real French pronunciation, my name is

Pierre Chicoineau
June 15, 2018                                           6

```
 1   Pierre Yves, which is a first name with two parts, and
 2   last name is Chicoineau.  Sorry for the accent because
 3   Chicoineau is difficult to pronounce for me today.
 4   Everybody in the U.S. call me Pierre.
 5       Q.    Okay.  So is it okay if I call you Pierre
 6   today?
 7       A.    Yes.
 8       Q.    Thank you.
 9             Pierre, what do you do you for a living?
10       A.    I have been -- as of today or at the time I
11   took the picture?
12       Q.    Just tell me today.
13       A.    Today, I am both a French retiree because I'm
14   sixty -- almost sixty-nine, sixty-nine this coming
15   Monday, so regarding the French system of retirement, I
16   am a fully retired guy, period.
17             And as I have been living or so in the U.S.,
18   working for a French company, but living in the U.S. for
19   now almost 20 years, I have -- on top of my retirement
20   pension, I have a business of consultant for engineering
21   and I have an activity of photographer.
22             Knowing that for both business, the consulting
23   and the photographer, I opened a company, which is PYC,
24   my initials, Services, LLC, which is a service company
25   in order to legally do something else in consulting, in
```

Pierre Chicoineau
June 15, 2018                                            7

1    photographer.

2        Q.    As between consulting and photography, which

3    activity provides a greater amount of income to you?

4        A.    Clearly consulting because photography is more

5    spending than income.  I discovered that.

6        Q.    Do you have an educational background in

7    engineering?

8        A.    Yes.  I have -- I started my background with

9    electronic, and I feel very old, like a museum piece of

10   art.  It was at that time the transistor were new and

11   curiosity that we didn't learn at school, lamps and

12   tubes, so electronic, and then I have started working

13   and -- in '70, '71, and then I continue learning my

14   engineering thing with automation and management, and I

15   did all of that in Normandy very close to the D-Day

16   beaches, and at that time I was working for a dairy

17   company, so I did all this studying and background and

18   so on, most of it as I was working, and I did it evening

19   class and weekend class, so, yes, management engineering

20   with electronic and automation.

21       Q.    Did you start your engineering consulting

22   company when you came to the United States 20 years ago

23   or so?

24       A.    No.  No, because I started it when I retired

25   from France, so it was the end of 2013.

Pierre Chicoineau
June 15, 2018                                    8

1       Q.    How long have you been involved in photography?

2       A.    I'm sixty-nine, and it was 60 years.  I started

3    with -- I was at school as a kid and there was a contest

4    organized by Kodak.  And the Kodak people, they had a

5    camera, which was square.  You'll remember.  You

6    probably have seen that maybe in museum.  And they put

7    their team of students or school guys and girls and we

8    were four with one camera, 12 pictures, and we went into

9    town.  It was a city of area, the water area, and we

10   took pictures and we won, and each of us won a camera.

11   This is when I started.

12      Q.    That's pretty interesting.

13      A.    Yeah.

14      Q.    You mentioned photography was an activity that

15   cost you money.  Has that always been true?  Has it been

16   a hobby or has that been a profitable enterprise for

17   you?

18      A.    It has always been true.

19      Q.    I'm sorry?

20      A.    It has always been true, yes.  It has been

21   costing money.  I made some money sometimes.  I have

22   been winning some contests.  One of my camera, I still

23   have it, which was a first prize in Normandy of the city

24   I was living in, St-Lo, so it's always for me making

25   picture is a passion, and I have been busy with my other

Pierre Chicoineau
June 15, 2018                                        9

```
 1   jobs not spending enough time to sell it, to sell these
 2   pictures.
 3          By the way, today the market of pictures is not
 4   that rewarding as it was.
 5   Q.    Technology has had a -- quite an impact on
 6   photography and on my client's business as well.
 7          How did you come to learn -- I'm going to jump
 8   around.  Usually I don't -- I don't have an outline.  I
 9   just tend to ask questions and see where they go.
10          How did you come to learn that the image of the
11   Eiffel Tower that you photographed that you claim that
12   you took, your lawyer's pointing to the piece of paper
13   beside you, how did you come to learn that that was on
14   the destinationweddingmag.com website?
15   A.    That's the story I was telling you.  Let me
16   start from the beginning.
17          First of all, this picture, when I took it, it
18   was taken with the first camera, digital camera.  I have
19   it here in my bag if you want to see it because it match
20   with metadata and the file that we have.  It was the
21   first digital camera.  It was five million pixel, what
22   our phone have now, and I was trying -- I was trying to
23   do kind of art pictures from either Massachusetts -- I
24   was living in -- very close to Boston or Paris or
25   wherever I was traveling, including Asia and everything.
```

Pierre Chicoineau
June 15, 2018                              10

1  I was traveling and -- what was the question?  Sorry.

2      Q.   Well, this is a good point.  You haven't been

3  in a deposition before, so my job is to ask you

4  questions that are, hopefully, understandable.  Your job

5  is to answer them to the best of your ability.  It's not

6  a normal conversation, unfortunately.  That's just the

7  way that it's designed, so it's helpful for me and for

8  you and for your lawyer if you think about the question

9  that I've asked and try to answer it.  If you need to

10 explain some more, you're entitled to do that.  If you

11 don't understand a question that I ask, please let me

12 know and I'll --

13     A.   You asked me why -- how did I knew it was on

14 this site.

15     Q.   Yeah, and we'll come back to that in just a

16 second.  So if you don't understand my question, let me

17 know because it happens.

18     A.   Okay.

19     Q.   When you -- and you're doing a very good job in

20 answering.  Let me finish my question.  In normal

21 conversation you might want to finish it for me if you

22 know where I'm going or you might want to start

23 answering because you know what I'm going to ask, but

24 for her mental health let us get the question out, then

25 we'll get the answer out.

Pierre Chicoineau
June 15, 2018                                    11

```
 1          Your lawyer may object.  Unless he tells you
 2   not to answer, you go ahead and answer the question even
 3   if he says I object to the form.  If you need a break at
 4   anytime, that's fine with me.  If you need to get water,
 5   stretch your legs, go to the bathroom, that's all fine.
 6          Okay.  So those are kind of the ground rules.
 7   So my question was, how did you come to learn that the
 8   image of the Eiffel Tower was on the
 9   destinationweddingmag.com website?
10        A.    In January this year I was reading on my iPad
11   or computer the electronic news an article infringement
12   and that it was a nightmare, that it was a big problem,
13   that it was everywhere, and so I said, oops, what about
14   my pictures I took 15 years ago, which all of this,
15   because there was maybe 100 pictures I put on Bigstock,
16   so I went back to my pictures in January and loaded them
17   in their search, Google search engine, image search
18   engine, and the first one I put in this search engine
19   was this one because it was quite a big seller on
20   Bigstock.
21          When I say big seller, maybe it has been
22   selling 100 times within 15 years or something like that
23   and I knew that at that time because I was receiving
24   every month an e-mail with this sell, this sell, this
25   sell, making half a dollar for each sale.
```

Pierre Chicoineau
June 15, 2018                                        12

1      Q.    Half a dollar?

2      A.    Yes.  So in January, first thing I said, oh, I

3  saw this picture and the Google result was 25.4 million

4  hits.  I say I'm famous, famous.  I said this is

5  absolutely amazing and then I started going through

6  different pages of Google results and so on.

7            I could only go to 400 because after 400 the

8  result total hit went down to 400.  So I have a nephew

9  working in the Google office in California.  I call him

10  and say, what the hell is your company doing?  Look at

11  that.  He look at me and say, oh, this is a problem.  So

12  he went to his colleagues and he told me they have a

13  problem, they have a nightmare, so it does not work

14  well, but your three, 400 are true and the 25 million

15  are not there.  Okay.  Thank you.

16            And then I started first contacting Bigstock

17  company, the only on Bigstock company I had put that on,

18  and told them, hey, I have probably millions of this

19  picture, millions of times, at that time I didn't know

20  it was only four, five, 600, I don't know exactly, and

21  we never sold that, so what is your -- what is the help

22  you can give me in order to go after the people that are

23  infringing.  You are managing a mess.  I give you a

24  picture and it's a mess.

25            The first answer was hiding of these people,

Pierre Chicoineau
June 15, 2018                                    13

1   Bigstock, then sometime they answer by Bigstock,

2   sometime they answer by Shutterbug, and then they -- and

3   I was asking --

4       Q.   Did you say Shutterbug?

5       A.   Yeah, because Bigstock have been purchased by

6   Shutterbug and sometimes I have e-mail from Bigstock,

7   sometimes from Shutterbug, but I understand it's the

8   same thing, but roughly they answered me that they

9   didn't want to give me which customers they had, so

10  makes me foggy that they are original condition where

11  about -- I committed, but they -- I don't have a copy of

12  what was true at that time as a condition and so on, but

13  I was not allowed to go after the infringer and so on,

14  so I wrote them, and they have copy of all this e-mail,

15  that I was going to go with a lawyer on this because the

16  answer was not satisfactory.  And then I started

17  contacting different lawyer with this picture saying,

18  can you help me, and Richard team, because it was your

19  team at that time, said, yes, we do that.  All of this

20  was around the 20th of January.

21      Q.   Okay.

22      A.   This is how I knew it.  And before that, I

23  didn't care.

24      Q.   Well, let me ask, do you know -- do you know

25  the identity of all the customers that bought your photo

Pierre Chicoineau
June 15, 2018                                    14

1   or license?

2       A.    No.    They refused to give it to me, which makes

3   looking for infringer very difficult because -- and we

4   discuss that and I had e-mail exchange with Richard's

5   team and him, you know, they don't want to give it.

6       Q.    When you would sell or when your photo would

7   get licensed or sold by Bigstock, you said you made half

8   a dollar for each one?

9       A.    Something like that.

10      Q.    Well, let me ask you, why didn't -- when

11  Bonnier offered $2,500 to settle this case before it was

12  filed, why didn't you take the $2,500?

13          MR. LIEBOWITZ:    Objection; attorney-client

14      privilege.

15      Q.    (By Mr. Crosbie)    Well, I'm not asking -- I'm

16  not asking why you didn't accept the $2,500.    I don't

17  want to know what your lawyer told you.

18          Why didn't you accept $2,500 before you filed

19  the case to settle this?

20      A.    Because I have been reading on the internet

21  that this type of case was far higher negotiated far

22  higher than this amount and we discussed that up front

23  with Richard.

24      Q.    Well, I don't want to know what you talked with

25  your lawyer about.

Pierre Chicoineau
June 15, 2018                                      15

1      A.    This one I think I can tell you.  And then I

2  think what is the market value of this infringement and

3  what it does sell for being negotiated is a specialist,

4  which I am not, so look at what have been done in the

5  past and what you have on internet is not $2,000 at all.

6      Q.    Okay.

7      A.    And --

8      Q.    Go ahead.

9      A.    On top of that, I have hundreds of infringement

10  that I need to go after that are people that are very

11  difficult to identify because I've been searching on the

12  internet and I have been finding a lot of infringement

13  or possible infringement, because maybe some of them

14  have bought the license, are people that are hiding in

15  Panama, in islands with no tax things, some of them in

16  Jersey, which are English island off the coast of

17  Normandy; I was visiting them when I was in Normandy as

18  well, so -- and it's all hiding.  They are all hiding

19  behind company which are completely opaque and so on, so

20  it's very difficult all of this.

21      Q.    Well, but that's other companies.

22      A.    Yes.

23      Q.    Bonnier's easy to -- my client's easy to find.

24  You can drive into Winter Park, Florida, and there's a

25  big sign at the Winter Park Village that says Bonnier,

Pierre Chicoineau
June 15, 2018                                    16

1   or you can go to the Avenue of Americas in New York and

2   see their office building, so they're not hiding.

3        A.    I never heard of Bonnier before this story.

4        Q.    Well, you've heard of Popular Science Magazine,

5   right?  Popular Science Magazine?

6        A.    Yes.

7        Q.    Field & Stream, Outdoor Life, Flying.  I mean,

8   they -- Bonnier is a well-known company.

9        A.    Yeah.

10       Q.    Okay.  So the other thing you said was --

11       A.    This is my answer.  I don't know if you are

12   happy with it.

13       Q.    It doesn't matter whether I'm happy.

14       A.    Pardon?

15       Q.    It doesn't matter whether I'm happy.  Your job

16   is not to make me happy, I assure you.

17            You mentioned you had documents with you.  Your

18   attorney's only produced two pages of documents.  What

19   documents do you have that you referenced earlier?

20            MR. LIEBOWITZ:  Yeah.  Let's --

21            THE WITNESS:  I have all of this Bigstock

22       thing, which is all the e-mail I had with Bigstock

23       people --

24       Q.    (By Mr. Crosbie)  Okay.

25       A.    -- which started on January 20th and which says

Pierre Chicoineau
June 15, 2018                                    17

1   my name is Pierre at the very beginning, my image number

2   176, ya, ya, ya.  I have found 25 million internet pages

3   with this and then I give example, and I'm asking them

4   about my Eiffel Tower and so on, and then I was asking

5   them what is the help you can give me and they were

6   hiding.  I never got any answer.  Don't do this.  Don't

7   do that.  Yes, that one I got.  Always this number.

8   Bigstock.  I have all of this and your team had --

9       Q.   So you've given that to your lawyer previously,

10  copies of this to your lawyer?

11      A.   I copied that to his team, but it was with all

12  the pages I found with Google search and so on.

13      Q.   And you've given all that to your lawyer, all

14  those pages?

15      A.   Yes.

16      Q.   Okay.

17      A.   You know, they're for him to look at it to

18  search because he has a search team so he could search

19  and not only rely on my poor -- this -- then they were

20  asking for -- this one was -- because Bigstock shut down

21  my account after this, all these e-mails, so -- but I

22  still have a copy of how my picture was sold on -- as of

23  January or February.

24          I don't remember when they shut it down, but it

25  was April or something like that after one of the

Pierre Chicoineau
June 15, 2018                                    18

1   customer complained.

2          And this, I have this document which explain

3   why this picture is unique, original photo and how

4   different because there are lots of similar pictures of

5   this Eiffel Tower.

6      Q.    There are lots of similar photos with it lit

7   that way, too, right?

8      A.    But there is only one with these two lights.

9      Q.    There's only one with two lights?

10     A.    Eiffel Tower, you have to be French to know

11  that, has -- on the top has a platform which is square

12  and so they cannot have a light that goes like this, so

13  they have four lights and these lights are turning and

14  they are synchronized with a kind of computer, so when

15  this one is like this, then this one start blinking, and

16  they'll synchronize and this one shut down.

17         And as an engineer, I told you I was

18  engineering, I found how it was working and I found with

19  my small camera the way to get this shot with these two

20  lights, and it's a fraction of a second, so this is very

21  -- I didn't find one on internet that had that.  And

22  then there is a cloud here.  There are people walking

23  here.

24         Now if you want take same picture, you cannot

25  because the platform on the Paris, the plaza, is

Pierre Chicoineau
June 15, 2018                                    19

1  protected and prevent people to access the limit of it

2  in order to take this picture like it is now.  The

3  reason for that is because a lot of people committed

4  suicide and then jump and got killed by that, so to

5  protect them from suicide you cannot access it anymore,

6  so this one, this picture is unique, and this is -- so

7  the full picture, and this picture is the way -- the

8  exact printing of what I copyrighted with the Library of

9  Congress and it is -- because at that time I didn't know

10  how to deal with the size of it, so it is full size of

11  the original file, but I compressed it to 90 percent and

12  it gives all these facts and so on, but this is the file

13  that has been copyrighted.

14      Q.    Okay.  Have you also given a copy of that to

15  your lawyer?

16      A.    He has electronic file, yes.

17      Q.    Okay.  And what else do you have in there?

18      A.    This one is a copy because I lost original

19  certificate, so this one is just how to get a copy,

20  which I don't understand, but if we need one we can ask.

21          MR. CROSBIE:  Okay.  Can we get copies of all

22      that stuff?

23          MR. LIEBOWITZ:  Yeah.

24          MR. CROSBIE:  Let me take them and have someone

25      make copies.

Pierre Chicoineau
June 15, 2018                              20

```
 1        MR. LIEBOWITZ:  Okay.

 2        THE WITNESS:  You know what, take it.

 3        MR. LIEBOWITZ:  Can we just go off the record?

 4        MR. CROSBIE:  No.  Let's do it on the record.

 5        MR. LIEBOWITZ:  I just want to see -- I just

 6   want to see if there's any attorney-client privilege

 7   items in here and just we'll take those out and I

 8   could give you the copies that aren't privileged.

 9        MR. CROSBIE:  Well, yeah, take a look at them

10   because if you pull anything out of that I'm going

11   to want a log so I can verify that it's

12   attorney-client.

13        MR. LIEBOWITZ:  Okay.  I understand.

14        MR. CROSBIE:  So we'll take a break and do it.

15        MR. LIEBOWITZ:  Okay.

16        MR. CROSBIE:  Take a break.

17        THE WITNESS:  This is from the copyright

18   department which is the reference of the copyright.

19        MR. CROSBIE:  Okay.  If I can get all those,

20   just review them all and copies of everything that

21   was in that folder, we're good.

22        MR. LIEBOWITZ:  So we'll take a 10-minute

23   break?

24        MR. CROSBIE:  Yes.

25        (Recess from 10:25 a.m. until 10:31 a.m.)
```

Pierre Chicoineau
June 15, 2018                                                    21

1      Q.    (By Mr. Crosbie)   You started -- we kind of got

2   off on a sidetrack there with the documents that are

3   going to be copied and they'll bring them back to us in

4   a minute.

5           So on that, what date did you take the

6   photograph of the Eiffel Tower?

7      A.    It's November.   In November 2002.

8      Q.    Were you residing in France or the United

9   States at the time?

10      A.    At that time, no.   I was residing in

11   Massachusetts.

12      Q.    Okay.   What caused you to be in France on the

13   occasion that you took that picture?

14      A.    On the occasion I took picture, it's because I

15   had family to visit.   I had -- I wanted to take the

16   opportunity to test my new camera with Paris, which I

17   did, and I wanted to have food and restaurants with

18   friends.

19      Q.    How many pictures did you take on that trip?

20      A.    I can fire up my computer and tell you exactly.

21   It was -- I have many other on that evening of the

22   Eiffel Tower because -- and I also have the River Seine

23   at night because we went to a cruise and -- dinner

24   cruise there, and on that trip, maybe 50, 60.

25      Q.    An estimate is fine.   I'm just curious.

1       A.    Below 100 and more than 30 or 40.

2       Q.    That's a fair estimate.  When did you seek to

3   copyright these images?

4       A.    I don't understand your question.

5       Q.    When did you send these images to the Library

6   of Congress to register, to copyright?

7       A.    When did I send them to -- with an envelope and

8   CD and so on?

9       Q.    Yes.

10      A.    When I file it.  You -- in the file you have

11  the registration of the library and the exact day is on

12  it, but what I remember, it was -- to be confirmed with

13  what we have on the paper, it was very early 2003 and

14  then one or two months later I loaded it on Bigstock.

15      Q.    So you sent the materials off to register them

16  and then --

17      A.    When I receive the certificate, then weeks or

18  one or two months, no later, after I uploaded them on

19  Bigstock, but I was aware that I had not to publish them

20  before it was recorded or registered in the Library of

21  Congress.

22      Q.    All right.  And how many images did you send to

23  Bigstock to publish and offer for sale?

24      A.    Less than one -- around 100.  And for me it was

25  a test because I had been reading on the internet that

Pierre Chicoineau
June 15, 2018                                      23

1    the way to make money with your picture is to send them

2    to Bigstock, and I remember it was a big fight because I

3    sent them pictures and then they were not happy with it

4    and it was rejected, rejected, so -- but to answer your

5    question, around 100.  I don't remember if it's 80 or

6    110 or something like that, but it was 100.

7        Q.   What were the reasons for the rejection from

8    Bigstock, if you recall?

9        A.   At that time it was about sharpness.  It was

10   about the lighting was not correct because I wasn't

11   familiar with the software.  I was not using Photoshop

12   at that time and it was because technically they didn't

13   like it, but -- and then I corrected -- I learned how to

14   correct that, and I remember the very last submission I

15   made with them, I had acceptance rate of 70 percent, but

16   -- within two months, but I started maybe with 25,

17   something like that.  They were very picky at that time.

18       Q.   But one of the images that was ultimately

19   accepted was this image of the Eiffel Tower?

20       A.   Yes.  And it has a number on it, which is

21   174,000 or something like that.  Now they have millions,

22   so this number show that in the Bigstock database it was

23   at the very beginning of the Bigstock.

24       Q.   You said that Bigstock had taken down your

25   images recently?

Pierre Chicoineau
June 15, 2018                                    24

1       A.    Yes.

2       Q.    And what was the reason for that?

3       A.    Because -- because they had a complaint with a

4  customer that they sold the license to and that we were

5  going after, so the customer complained to them and then

6  they complained to me and said we block your account,

7  still blocked, so I lost six dollars.

8       Q.    You lost six dollars?

9       A.    Yes.  I wanted to close it, so I'm not going to

10 fight.

11      Q.    Is that image available online on any website

12 that you've authorized to display it?

13      A.    No, but it is available online by people using,

14 infringing it for and offering it for download.

15      Q.    Was it possible for someone to go to Bigstock

16 and download a copy of that image without paying for it?

17      A.    No.

18      Q.    Did the Bigstock image have the Bigstock

19 watermark across the front of it?

20      A.    If you don't pay the fee that I showed you that

21 you will have a copy of, the only image you can download

22 free was the one with the Bigstock thing, then if you

23 pay a few dollars, very few, then you can download one

24 image, even full size, five million pixels for whatever

25 the cost, they offer it, and what they offer is a

Pierre Chicoineau
June 15, 2018                                          25

1   download, yes.

2       Q.    The images that you found using your Google

3   search of those various sites, companies that are

4   outside of the country, does it show the image with the

5   Bigstock watermark or without it?

6       A.    Nope.

7       Q.    Have you ever licensed that image of the Eiffel

8   Tower to anyone other than using Bigstock?

9       A.    No.

10      Q.    Have you licensed the use of your -- of any

11  image to any person or company through anything other

12  than Bigstock?

13      A.    I had three stock company that I tested.

14  Bigstock, which 100 picture.  The other one was iStock,

15  which, as far as I remember, still exists.  My account

16  still exists.  It's my first name, the name of the

17  account.  And I had another one with 123rf.com, which is

18  123RoyaltyFree.com, so -- and I did not put one picture

19  on two of them; I put different pictures, and my idea

20  was to keep it simple with only one picture, one site

21  per picture, and it was to compare what was the income

22  with that.  I never made money with the other ones.

23      Q.    You never made money with iStock or 123rf?

24      A.    The 123 I think I had a few dollars and I tried

25  to get them, but they had their tax form that was a

Pierre Chicoineau
June 15, 2018                                    26

```
 1  mess, and Big -- the iStock, same thing, there was maybe
 2  50 bucks, but I never went through the whole process of
 3  putting in tax, and the last time I was looking at it
 4  the money disappeared, so it was financially a
 5  nightmare.
 6                    (Copies delivered.)
 7            MR. CROSBIE:  I believe these are the
 8       originals.
 9            MR. LIEBOWITZ:  All right.  Thanks.
10            MR. CROSBIE:  Bear with me just one second.
11       Let's see what we have here.  I'll just go ahead and
12       mark whatever number, Defendant's 1.
13            (Exhibit No. 1 was marked for identification.)
14       Q.   (By Mr. Crosbie)  So take a look at what we've
15  marked as Exhibit 1.  You were talking about this a
16  little earlier.  This is a document you created?
17       A.   Yes.
18       Q.   All right.  And there are three sort of bubbles
19  that you've -- where you indicate how this picture is
20  different from other very similar photos; is that
21  correct?
22       A.   Yes.
23       Q.   Okay.  One is the existence of a cloud,
24  correct?
25       A.   Yes, because there are many similar image, but
```

Pierre Chicoineau
June 15, 2018                                   27

1  this cloud was not there for the other people.

2      Q.    And then the two beams that you note only

3  happens during a fraction of a second?

4      A.    Yes.  I'm proud of this.

5      Q.    And the third identifying feature is there are

6  people visible in the photo?

7      A.    Yes.

8      Q.    Okay.

9      A.    And this position of the people show when the

10 picture was taken.  I have other picture almost similar,

11 but you see these people have been moving, so it makes

12 the timing of the picture with people.

13     Q.    How many times did Big -- how many times did

14 Bigstock license the use of this image to your

15 knowledge?

16     A.    I don't know.  I estimate just by the French

17 carpenter rule.

18     Q.    What's your estimate?

19     A.    One hundred or something like that.

20     Q.    And that was between 2003 and 2018?

21     A.    Yes.

22     Q.    Was the image, this image still available on

23 Bigstock or Shutterbug in 2018?

24     A.    Yes.  Yes.  I have -- one of the pictures you

25 have it shows the Bigstock offer was taken -- was

Pierre Chicoineau
June 15, 2018                                    28

1  screenshot made early in January or February before they

2  block my account.

3      Q.   Okay.  The next piece of paper is PYC Services,

4  LLL.  I think you mean LLC?

5      A.   Yes, LLC.  It's a mistake, typo.

6      Q.   That's all right.  Does this mean anything or

7  is this just part of this Exhibit 1?

8           We'll just go ahead and mark it to make it

9  easier and so you've got something to look at.  Mark it

10 as Exhibit 2.  Here you go.

11          (Exhibit No. 2 was marked for identification.)

12          MR. CROSBIE:  Richard, if you could put that

13     exhibit back in front of us here just so it doesn't

14     get mixed up in your papers.

15          MR. LIEBOWITZ:  I think there was a copy and I

16     don't see that page in this copy.

17          THE WITNESS:  This is the first page of a

18     PowerPoint presentation.  The second page is this

19     one.

20     Q.   (By Mr. Crosbie)  Okay.

21     A.   And it goes with this.  This is to explain that

22 this file, which is this one, and what make it unique

23 with this bubble and I made this document to explain

24 Richard team what was going on.

25     Q.   Was it a two-page -- there we go.  That's the

Pierre Chicoineau
June 15, 2018                                              29

1   reason.

2       A.   Yes.

3       Q.   Okay.  So that's the original of this.  So

4   Exhibit 2 is just the backside of Exhibit 1.  For some

5   reason it copied that way.

6       A.   Yes.

7       Q.   Okay.  You can put it down right here.

8       A.   I made a PowerPoint presentation, so I say I'm

9   going to do another one.

10      Q.   How many pages was the PowerPoint presentation?

11      A.   Two.

12      Q.   And then we'll mark as Exhibit 3, can you tell

13  me what that document is?  Is that just another

14  reproduction of the image?

15      A.   This is the full size picture and -- as it was

16  sold by Bigstock and as I uploaded it to Bigstock.

17      Q.   Okay.  Where did Exhibit 3 go?

18           MR. LIEBOWITZ:  Here.

19           (Exhibit No. 3 was marked for identification.)

20           MR. CROSBIE:  Okay.  We need to keep them out

21      here so they don't get -- she'll kill us.

22           (Exhibit No. 4 was marked for identification.)

23      Q.   (By Mr. Crosbie)  I'm going to hand you what

24  we've marked as Exhibit 4.  Can you tell me what this

25  document is?

Pierre Chicoineau
June 15, 2018                                    30

1    A.    This is I search into the Library of Congress,

2  there is a search engine, and when you look with my last

3  name, Chicoineau, then you get all the filing I have and

4  then I click on this one and this one show it was done

5  in 2003 and it shows registration number, the title.  It

6  says CD-ROM.  It says it's me claiming it and -- but now

7  I lost the original certificate, so if we need the

8  original certificate we'll have to ask for a copy of it.

9    Q.    Do you still have a copy of the CD-ROM that you

10  sent?

11    A.    Yes, I have it here.

12    Q.    The CD-ROM you do?

13    A.    Yes.

14    Q.    Okay.

15    A.    I can show you.  I came with 20 pounds with all

16  of this.  I'm very surprised how organized I was at that

17  time.

18         Here it is.  So this was --

19    Q.    For the record, you're opening a package that

20  contains a number of CDs just so we know the record

21  knows what you're doing.

22    A.    Yes.  So these two CDs, copy 01, copyright 2002

23  GPG, and copy 02, copyright GPG, and this one's in

24  French file in -- not with photo.  All the files are

25  like this.  And then I have it -- and this one are

Pierre Chicoineau
June 15, 2018                                    31

1  compressed by 90 percent compression as I show you, so I
2  went into it and I found it with the number.  And then
3  here are all the files I have taken in 2002 with the
4  number of folder because the Nikon thing was putting
5  folder M-E-I-N-G number and then I put all the folders
6  in these things and there is 2003.  So you can access
7  that, but these are mostly the file and then there are
8  image, image, all of this is image.
9      Q.    Which is the CD-ROM that you sent to the
10 Library of Congress?
11     A.    This one.
12     Q.    Okay.  May I -- is it -- you sent two CDs or
13 one?
14     A.    It's two.
15     Q.    Okay.
16     A.    It's written CD, but there are two.
17     Q.    All right.  So can I have copies made of those?
18     A.    You can have copy of everything I copyrighted.
19           MR. LIEBOWITZ:  I'll get that to you, you know,
20     so that technology-wise we don't have to do it right
21     now.
22           MR. CROSBIE:  I think we can, just go burn two
23     CDs.
24           MR. LIEBOWITZ:  Let's -- I mean --
25           MR. CROSBIE:  Well, I mean, theoretically, that

1  should have been produced.  We got two documents

2  from you and so everything we've gotten today should

3  have been produced.

4      THE WITNESS:  I have a computer, I have a CD

5  reader.  I don't have disc, but I can copy that on

6  whatever, USB.

7      MR. CROSBIE:  I just want to make -- if you can

8  -- if you can copy those CDs for me, that will be

9  fine.

10      MR. LIEBOWITZ:  Okay.  And then I'll produce

11  them to you.

12      MR. CROSBIE:  Yeah.

13      MR. LIEBOWITZ:  Okay.  That's fine.  So we

14  don't have to do it right now.

15      Q.   (By Mr. Crosbie)  But I would -- do you have

16  the ability to load that in the computer and show me the

17  image?

18      A.   Yes.

19      Q.   Okay.

20      A.   Now?

21      Q.   After a break we'll do that because I just want

22  to make sure that the image is on there before I get a

23  copy of it.

24      A.   My wife tells me I'm completely disorganized

25  and when I look at that I say I'm not so bad.

Pierre Chicoineau
June 15, 2018                                  33

1    Q.    That is not bad at all.

2          (Exhibit No. 5 was marked for identification.)

3    Q.    (By Mr. Crosbie)   Let me hand you what we've

4    marked as Exhibit 5.

5    A.    This one is exactly the file that is on the CD

6    and this is where I took it to print it and this one is

7    compressed, 90 percent compression.   This is the way it

8    has been copyrighted.

9          (Exhibit No. 6 was marked for identification.)

10   Q.    (By Mr. Crosbie)   Okay.  Now, I hand you the

11   documents that you had stapled on your file that you

12   were telling me about earlier.   I'll mark it as Exhibit

13   6.

14         These are your communications with Bigstock

15   regarding your image that you found on other websites

16   through your Google search?

17   A.    Yes.  So this one was e-mailed when I was

18   asking them could you let me know where -- what were the

19   condition of the sale you did with this image, what type

20   of contract the people purchased, because I remember

21   there was different contract that was limited license,

22   extended license, and then they were -- they had -- it

23   was quite complex.  A million of infringement, how do we

24   deal with this and so on.

25   Q.    So your first e-mail is to

Pierre Chicoineau
June 15, 2018                                34

1    supportbigstockphoto.com?

2        A.    Yes.

3        Q.    And then if you turn to the third page, it is

4    -- it looks like you're just forwarding yourself an

5    e-mail.  And then the fourth page, you've sent an e-mail

6    to compliance@shutterstock.com?

7        A.    Yes, because what I learned from them is

8    Bigstock has been purchased by Shutterstock and then

9    when they -- they did not answer me and then when they

10   saw that I was trying to move this stuff and I was not

11   happy with them trying to bury this thing, then I got an

12   answer from Shutterstock.

13       Q.    Do you know that my client has an account with

14   Shutterstock?

15       A.    No.  I don't know your client.

16       Q.    Do you know whether my client got this image

17   from Shutterstock?

18       A.    I don't know if it's possible to get it from

19   Shutterstock.  I know it's possible to get it from Big

20   Stock.  I know Bigstock had been purchased by

21   Shutterstock.  After that, I don't know anything else.

22       Q.    Okay.

23       A.    But the question I have for you, did your

24   company buy it from Shutterstock?

25       Q.    They have accounts which Shutterstock.

Pierre Chicoineau
June 15, 2018                                    35

1    A.    Okay.

2    Q.    I'm not prepared to say that they did, but I've

3  now got some e-mails out to see if they had accounts

4  with Bigstock also.

5          So did you discover the image on the

6  destinationweddingmag.com website?

7    A.    Everything I discovered came --

8          MR. CROSBIE:  You can't point.

9          MR. LIEBOWITZ:  Okay.

10         THE WITNESS:  I was just saying --

11         MR. CROSBIE:  Okay.  That's fine.  That's fine.

12    I thought you were pointing to something else.

13         MR. LIEBOWITZ:  No.

14         THE WITNESS:  I didn't find anything else than

15    the result of the Google search, so I did the Google

16    search, I did the Chinese Google search.  It's a

17    different name.  I found it on the internet.  And

18    this image is there, too.

19         The Russian Google search, and I could find my

20    image, but everything in Russian, so I was lost, so

21    -- and other than that, I made either HTML file or

22    PDF file, then I send that to Richard's team and

23    then Richard's team started to swim into all these

24    hundreds of files in order to eliminate whatever was

25    not findable and to pick the right one.  So how I

Pierre Chicoineau
June 15, 2018                                    36

1        found this was with his team because he has a team

2        searching and we were working together with this

3        image and then we shared files.

4        Q.    (By Mr. Crosbie)  Have you sued any other

5   companies for copyright infringement through Richard?

6        A.    Through Richard, yes, there are other

7   companies.

8        Q.    How many?

9        A.    Pardon?

10       Q.    How many?

11       A.    Richard?

12       Q.    He can't answer for you.

13            MR. LIEBOWITZ:  I can't answer, but if you

14       don't know, you don't know.

15            THE WITNESS:  What I know as of today there are

16       five and out of these five one has produced proof of

17       license and I answered them that we dropped the case

18       because they have license image.

19       Q.    (By Mr. Crosbie)  Did you sue them before you

20   asked if they had a license?

21       A.    No, we didn't sue them.  We send them, please

22   answer if you have a license for.

23       Q.    Is Premium Tours the entity that had the

24   license?

25       A.    The Premium Tour is UK.  I'm still looking for

 1  a lawyer in UK.

 2      Q.   Well, this e-mail from Shutterstock says,

 3  please know that Premium Tours properly licensed your

 4  image.

 5      A.   Yes.  Yes, I remember that now.  Sorry.  Yes,

 6  because with one of my first e-mail or the first e-mail

 7  I sent the UK Premium Tour and many months later,

 8  because I have been sending that as an example out of

 9  the hundreds of case here is one and then they -- I

10  received later -- where is it?  You have the date of the

11  e-mail?

12      Q.   It's at the --

13      A.   Very last one.

14      Q.   -- last page of the stapled documents.

15      A.   Yes, I remember, I answered thank you.  It was

16  March.  So between January -- I asked the question with

17  this on January 20th and March 2nd I got the answer

18  because they had complaint.

19           (Exhibit No. 7 was marked for identification.)

20      Q.   (By Mr. Crosbie)  I'm going to hand you what

21  we'll mark as Exhibit 7.

22      A.   Yep.

23      Q.   What is this document?

24      A.   What is your question?

25      Q.   What is this document that you produced to me

Pierre Chicoineau
June 15, 2018                                    38

1    today?  What's this show?

2        A.    Very simple.  This was my image on sale for

3    download by Bigstock earlier this year.  That's where

4    people could click and download.

5        Q.    But this is no longer on the Bigstock website

6    you said?

7        A.    No, because they closed -- they blocked my

8    account; not closed, blocked.

9        Q.    They blocked all your images, not just the

10   Eiffel Tower image?

11       A.    Everything.

12       Q.    Did you threaten to sue Bigstock?

13       A.    No.  No.  I think the strategy they started

14   with me, which is (makes noise), won't be so much

15   strategy (makes noise), and I don't know how to say that

16   in English, but drop this.

17       Q.    Other than allowing Bigstock to display the

18   Eiffel Tower photograph for purposes of selling

19   licenses, did you display the image of the Eiffel Tower

20   anywhere else on any other website?

21       A.    No.  No.  And at that time I was not on

22   FaceBook, so absolutely nowhere.

23            Remember, at that time I was busy working 90 or

24   100 hours a week and I had been going with this work and

25   travel and so on very intensively until I retired, and

Pierre Chicoineau
June 15, 2018                                      39

1   so -- recently, so, no, I forgot about that.  And there

2   was money.  The only thing I have been doing is this

3   account, Bigstock, had $700 available and last year, I

4   think, we're in 2018, 2017 I went because I had

5   successfully went through the tax thing with them, I got

6   the payment of $700 from them to my PayPal account last

7   year.

8       Q.   And that was the money you had made from 2003

9   to 2017?

10      A.   With all my images on their site.  And within

11  one year, because when they close my account, when I did

12  that, I look and I had a credit of $6.95 or something

13  like that, so I said I'm going to cut that.

14      Q.   Since 2003, though, have you ever published

15  that image on Facebook or Instagram?

16      A.   No.

17      Q.   How about your own website?

18      A.   No.  You can go on it, it's not there.

19      Q.   Why not?

20      A.   Because I have been being evolving, changing.

21  I made my site with picture that have been taken in

22  2012, 2013, '14, so on.  This one was 2002 or something

23  like that and bigger size image.  And, no, I have -- I

24  did not dig into my old photographs at that time, no.

25      Q.   Can you tell me from your personal website how

Pierre Chicoineau
June 15, 2018                                    40

1   many -- well, when did you start PSY Photography?

2       A.    I started PYC Photography in 2014 or '15.  It's

3   a site I have opened with Squarespace because mostly I

4   have two coach training me starting 2014 or '15.

5           One coach technical, Jeff Donald, which -- who

6   is leading photography group in Clearwater, which is

7   FCCP.  It's a group belonging to the Meetup

8   organization.

9       Q.    The what organization?

10      A.    Meetup, M-E-E-T-U-P.

11      Q.    Okay.

12      A.    Kind of photo club.  Now it's Meetup with

13  internet, same thing, but this guy is very technical,

14  has been working in photography with many company and

15  he's helping people.  He has a group of 2,000 people,

16  almost 3,000 now.  He's growing.

17          And the second coach I have is Pierre Dutertre,

18  another French guy, another Pierre, but he's an artist

19  and he is teaching a small group, 20 or 30 people around

20  him, to become better known and better performing

21  artists in the field of photography.  And he has a

22  gallery.  I am represented in his gallery which is UPAG

23  gallery.

24          These are my two coaches and both of them teach

25  me how to look to the future and not too much look in

Pierre Chicoineau
June 15, 2018                                    41

1    the past.  The past we look are more very famous

2    photographers that we look what they did in order not to

3    redo the same mistakes, so I have a training team around

4    me.

5         Q.   Well, what I was trying to get at was, have you

6    made any sales of your photography from your PYC

7    Photography website?

8         A.   Yes.

9         Q.   How many?

10        A.   I have made a dozen.

11        Q.   Over the last three or four years?

12        A.   Yes.

13        Q.   So other than PYC --

14        A.   They are very different from that because this

15   is what we call photography with milestone.

16        Q.   I'm sorry?

17        A.   This type of photograph is milestone

18   photography.  It's like Statue of Liberty, the Eiffel

19   Tower, the Trump Tower, whatever is famous in the world.

20        Q.   You said milestone?

21        A.   Yes.

22             MR. LIEBOWITZ:  Let the record reflect that the

23        witness is stating the Eiffel Tower photograph in

24        this litigation.

25             MR. CROSBIE:  Yeah, that's what I was going to

Pierre Chicoineau
June 15, 2018                                    42

1     say.
2           THE WITNESS:  And what I'm doing with these
3     coaches I told you, and it's more nature, nature,
4     wild animal, like birds, like tigers, and one of my
5     best seller has been tiger.  I went into the cage in
6     Thailand and I could make a portrait of him just
7     like this without him biting me, things like that,
8     nature and wildlife.
9     Q.    (By Mr. Crosbie)  Orchids?
10    A.    And orchids.  You have been looking at my list.
11    I love orchids because my wife -- most of them are my
12    wife's orchids and many of them are from Selby in
13    Sarasota.
14    Q.    So other than the dozen or so sales from the
15    pycphotography.com and the sales from the stock photo
16    websites like Bigstock, have you made any other sales of
17    your photographs?
18    A.    No.
19    Q.    Aren't your photographs available like on
20    purses and pillows and --
21    A.    Yes.  I did -- I put five or 10 on Fine Art
22    America, so I took this series, this new series
23    artistic, mostly seascape (makes noise).
24    Q.    Nothing?  No sales?
25    A.    (Making noise.)

Pierre Chicoineau
June 15, 2018                                    43

1     Q.   You're making a noise.  It's going to be hard
2   for her to describe.
3     A.   Nothing came out of that.  And this was on
4   advice from one of my coach, go into Fine Art of
5   America.  I think I had two visitors because you can go
6   on the site and see, two visitors.
7     Q.   Well, you've now had three.
8     A.   I have to check that, yes.
9     Q.   Let me ask you a question.
10    A.   Yes.  Sorry, I forgot about that, but this is a
11   new -- I have the old world of my photography, this
12   episode, 2003, and the new episode of my photography is
13   2014, '15, '16, '17, and '18, so, yes, I went on Fine
14   Art of America.
15    Q.   So your complaint in this case asks that my
16   client be adjudged to have falsified, removed, or
17   altered copyright management information in violation of
18   17 USC Section 1202.
19         What evidence do you have that my clients
20   altered any copyright management information?
21         MR. LIEBOWITZ:  Objection; calls for a legal
22     conclusion.
23    Q.   (By Mr. Crosbie)  I'm asking what do you have?
24   What do you know that causes you to believe that my
25   client altered copyright management information?

Pierre Chicoineau
June 15, 2018                                    44

1      A.    For me, your client used my picture and then

2   Richard started to go after your client asking first do

3   you have a license for this picture.

4      Q.    No, that's not what happened.  He didn't ask if

5   we had a license.

6            MR. LIEBOWITZ:  Objection.

7      Q.    (By Mr. Crosbie)  But my question is -- my

8   question's not what Richard did.  My question is, what

9   evidence do you have that my client altered or removed

10  copyright management information from this image?  And

11  if you don't have any evidence, it's fine to say that.

12           MR. LIEBOWITZ:  Objection.  Do you -- if you

13       understand the question.  If you don't understand

14       the question, you don't --

15           THE WITNESS:  I don't understand.

16     Q.    (By Mr. Crosbie)  Okay.  So we'll --

17     A.    What I did is I took this whole thing and,

18  unfamiliar with the law and how it works in the U.S.,

19  took it to Richard's company and said, please take care

20  of this, I trust you.

21     Q.    Okay.  Did you --

22     A.    So whatever Richard has done is I am

23  responsible for and -- but why did you do this or didn't

24  do, I'm sorry.

25     Q.    Well, no.  If Richard has made an allegation to

1   the court on your behalf that's not supported by

2   evidence, he'll want to withdraw it because I'm certain

3   he wouldn't just make some sort of boilerplate

4   allegation about my client claiming they falsified or

5   altered an image.

6           So what I want to know, what copyright

7   management information did you put on the image?

8           MR. LIEBOWITZ:  Objection; form.

9           THE WITNESS:  On the image I put on them here

10     on --

11     Q.   (By Mr. Crosbie)  On your image, what copyright

12  management information was on the image?

13     A.   Every single data -- metadata on my image,

14  original image, which are available on my CDs have been

15  removed by Bigstock.

16     Q.   So Bigstock removed --

17     A.   Yes.

18     Q.   -- that information, not my client?

19     A.   No.

20     Q.   Okay.  So your --

21     A.   But your client, as far as I know, has been

22  using the image that have been sold by Bigstock.

23     Q.   Right.

24     A.   Probably because we only have this, but because

25  Bigstock is removing all the metadata in order to

Pierre Chicoineau
June 15, 2018                                          46

1  prevent any customer of his customer to find the

2  photographer and to deal directly with the photographer.

3      Q.   Was your image ever on the Eiffel Tower's

4  website?

5      A.   I found it recent -- when I was looking at all

6  of that earlier this year on the advertising of the

7  restaurant, which is Jules Verne restaurant, which is a

8  second floor restaurant.  I don't know yet if it's an

9  infringement or not.

10     Q.   Did you look to see if it was ever on the

11 Eiffel Tower website?

12         MR. LIEBOWITZ:  Objection.

13         MR. CROSBIE:  I'm asking did he look.

14         MR. LIEBOWITZ:  Form.

15         MR. CROSBIE:  What's wrong with the form of

16     that?  What's wrong with my form because I've got to

17     correct it?

18         MR. LIEBOWITZ:  Yeah.  I mean, I don't

19     understand what you mean found.

20     Q.   (By Mr. Crosbie)  Did you look on the Eiffel

21 Tower website to see if the image was there?

22     A.   The Eiffel -- at the very beginning the Eiffel

23 Tower site showed up in my Google search.  I have

24 recorded almost everything I have been getting from

25 Google, but it's a big file and the -- I tried to look

Pierre Chicoineau
June 15, 2018                                          47

```
 1  at it again later, I think it was, so this one was in
 2  maybe January or February, and then I look at it again
 3  maybe beginning of April or something like that and I
 4  couldn't find it on the -- anymore under Eiffel Tower
 5  site.  There are a lot, but I couldn't find it, so I
 6  have two.  Once I remember I found it and then I
 7  couldn't find it again.  This is the truth about that,
 8  but I did find it on the Jules Verne restaurant, which
 9  is the restaurant on the second floor, and they are
10  reopening after a complete rehabilitation, renew,
11  rebuilt of the restaurant, and they're opening this
12  summer.
13          I'm asking you why didn't you ask -- why did
14  you ask this question regarding the Eiffel Tower site?
15      Q.   I just have a sneaking suspicion that your
16  image was on the official Eiffel Tower site --
17      A.   I have been -- yes.
18      Q.   -- without crediting you.
19      A.   I have been contacting lawyers in France,
20  didn't get answers, and we're still looking for lawyers
21  in France to look at this.  Maybe you have partners in
22  France.
23      Q.   That would be -- and despite the name, Bonnier
24  is not -- it's not Bonnier, it's Bonnier.  Everybody
25  pronounces -- a lot of people pronounce it Bonnier as if
```

Pierre Chicoineau
June 15, 2018                                    48

```
 1  it were a French name.
 2        Do you have any evidence that my client acted
 3  intentionally or purposefully without regard to your
 4  rights?
 5        MR. LIEBOWITZ:  Objection.  You can answer if
 6     you understand.
 7        THE WITNESS:  I have no idea of that.  I know
 8     it's very important.  I know you have to answer this
 9     question or your customer have to answer this
10     question.  I have no judgment of that.
11     Q.  (By Mr. Crosbie)  Let me ask you about some
12  documents.
13        MR. CROSBIE:  By the way, did you have a chance
14     to read the judge's order?
15        MR. LIEBOWITZ:  Yeah, I took a look at it, but
16     let's talk Monday.
17        MR. CROSBIE:  Yeah.  We'll confer today because
18     we're going to have to --
19        MR. LIEBOWITZ:  Okay.
20        MR. CROSBIE:  We've got a real compressed time
21     frame and I'll have to move to compel quickly
22     apparently.
23     Q.  (By Mr. Crosbie)  So our first -- did you ever
24  see our request for production of documents, the paper
25  that said produce these categories of documents?
```

Pierre Chicoineau
June 15, 2018                                        49

1      A.   I have received the one I answered.   This type
2   of thing or not?
3          MR. LIEBOWITZ:   Yeah.   This is interrogatories.
4      This is just what he has over here.
5      Q.   (By Mr. Crosbie)   So --
6          MR. LIEBOWITZ:   I was just explaining what he
7      has in his possession now.
8          MR. CROSBIE:   What's that cover e-mail?   Is
9      that a communication?
10         MR. LIEBOWITZ:   Yes.   This is attorney-client
11     privilege.
12         MR. CROSBIE:   Okay.   So you withheld that
13     document from the other ones based on it was an
14     e-mail transmitting the interrogatories?
15         MR. LIEBOWITZ:   Yes.
16         MR. CROSBIE:   And then that circular also did
17     not get copied.
18         MR. LIEBOWITZ:   It didn't.   This is just --
19     this is -- I don't know -- I don't think this is
20     relevant.
21         THE WITNESS:   You go in the library and --
22         MR. LIEBOWITZ:   This is just obtaining access
23     to --
24         MR. CROSBIE:   Oh, from the copyright office?
25         MR. LIEBOWITZ:   Yeah.

Pierre Chicoineau
June 15, 2018                                          50

1          THE WITNESS:  This is paper for nothing, but --

2     Q.    (By Mr. Crosbie)  When you sent the photos to

3   the copyright office in 2002 or 2003, did you receive

4   anything back from the copyright office other than the

5   Certificate of Registration?

6     A.    No.  I remember I receive one paper, that's it.

7   This is the paper I lost because I have been moving so

8   many times in between.

9     Q.    Do you have contracts between you and the stock

10   photo companies?

11     A.    I answer -- I asked them that and they sent me

12   a link and you have it in the copy in one of the e-mail

13   that we just copied which is the regular conditions,

14   rules that apply to photographer and so on.  What I

15   remember and I was asking them, to send me the rules

16   that I signed or I agreed up front.

17     Q.    Right.

18     A.    They never answered back me that.  They only

19   sent me the new Shutterbug thing.

20     Q.    Shutterstock.

21     A.    Shutterstock things.

22          I remember receiving one e-mail from them

23   saying that they were changing the terms of licensing

24   contract and so on and extending it from regular -- they

25   had regular and then they were adding extended license

Pierre Chicoineau
June 15, 2018                                    51

1  and so on.  It was complex like hell so I said okay, so

2  I did agree that maybe five or 10 years later after

3  licensing them, but all this history from Bigstock, they

4  don't want to show it.

5       Q.   If a consumer went to Bigstock and found your

6  image of the Eiffel Tower, what was the price that

7  Bigstock was seeking to license it?

8       A.   To license to you?

9       Q.   Yes.  Let's say I want to go to the website

10 last year and get that image, what would it cost me?

11           MR. LIEBOWITZ:  Objection; form.  What do you

12      mean?  Are you saying for a company or for an

13      individual?

14           THE WITNESS:  An individual.

15           MR. LIEBOWITZ:  An individual?  Okay.  If you

16      know.

17           MR. CROSBIE:  That's coaching.  Don't say that.

18           MR. LIEBOWITZ:  No.  I'm just saying.

19           THE WITNESS:  I did that at that time I took

20      this, how much do they sell, and it was very complex

21      because it was a matrix.  It was different size.  I

22      could -- if I wanted to buy this image I could have

23      different size, from very small, 500 pixel, up to

24      the original file, which is five million pixels in

25      total, and then there was different column and it

Pierre Chicoineau
June 15, 2018                                    52

1    was for editorial, for reprint, for different

2    categories.

3         And it was, by the way, not in dollars, it was

4    in points or -- because they were selling points so

5    I remember it was complex, but I don't have -- this

6    is -- but if we ask them or we take any other image

7    we can find it.

8         This image was offered in all their licensing

9    system.  The only limitation was original file is

10    five million pixels.  That's where they stop.

11    Q.    (By Mr. Crosbie)  I got it.  Do you have any

12    other communications with Bigstock other than what

13    you've brought with you today about this issue?

14    A.    No.  I told you and she will have difficulty to

15    write that, (makes noise).

16         The last communication I had with them was they

17    had one customer that we were going after that had a

18    license that he tried to download it or buy it once

19    again, and the software said, no, you already own this

20    picture.  Do you want a new download?

21         So this was the proof that they had paid, so --

22    and they send it to me within their complaint, and then

23    from that date I answered to them we drop the case with

24    this customer.  Thank you very much for your

25    information, for the information, and that was the last

1  communication, and it was with the compliance department

2  of the Shutterstock.

3         MR. CROSBIE:  I think this is a good time for a

4     break.  What do you think?  Break?

5         MR. LIEBOWITZ:  Fine.

6       (Recess from 11:28 a.m. until 11:43 a.m.)

7         MR. LIEBOWITZ:  Okay.  So just so we're

8     organized, so this is the --

9         THE WITNESS:  CD is in.

10        MR. CROSBIE:  Right.

11        MR. LIEBOWITZ:  And is this --

12        THE WITNESS:  CD number one because I

13    copyrighted two.

14        MR. CROSBIE:  Right.

15        THE WITNESS:  I opened it and I found the

16    picture.

17        MR. CROSBIE:  I'm going to walk around, look

18    over your shoulder.

19        MR. LIEBOWITZ:  Okay.  Let's just clarify.  So

20    what we're looking at now is one of the CDs that was

21    given to the copyright office for the registration

22    with the Eiffel Tower photograph, which is the

23    photograph in this litigation, and let the record

24    reflect that we are looking at the CD on a laptop.

25        MR. CROSBIE:  Okay.  That's --

Pierre Chicoineau
June 15, 2018                                        54

1          THE WITNESS:  And we are directly on the CD

2     with the copyright BYC 2002.

3          MR. CROSBIE:  All right.  And I know that's

4     y'all's position about what you've done.

5          Q.   (By Mr. Crosbie)  This is -- okay.  So this

6     looks like the image.

7          A.   It's image compressed, so it shows the folder

8     is 52, which can help to find it, and here is image DSCN

9     2643, and you can see that this one is the one which

10    have been compressed.

11         Q.   Right.  Okay.  Very good.

12         A.   And then here what's interesting.  So if I look

13    at it this way, it goes -- and it will show you the

14    picture that were taken before and after, so this one,

15    this one is -- you see the other one is only one thing.

16         Q.   Right.  And all of these images you're saying

17    were sent to the copyright office?

18         A.   Yes.

19         Q.   The person on the subway?

20         A.   Yes.  I didn't saw them.  I sent everything.

21    And the person on the subway is my wife.

22         Q.   Okay.

23         A.   And here you see -- if I go with this image and

24    you see the people walking, the light is not the same

25    and so on, then I have this one and then this other.

Pierre Chicoineau
June 15, 2018                                    55

1   Afterward, after we took all of this, we went to a

2   dinner cruise and then we went through the Eiffel Tower,

3   but on the River Seine.

4       Q.   All right.

5       A.   So it shows you that this picture has a story

6   and before that we were on the Champs-Elysees with naked

7   man, naked men.

8       Q.   All right.  You may want to stick to your

9   testimony.

10          All right.  Do me a favor, shut it down and

11  let's eject the CD and you can read into the record

12  what's on the CD, okay, that you wrote on it, so we'll

13  know.

14      A.   Yeah.

15      Q.   So if you can do that for me.

16      A.   I do.  So I go to copyright, this is the name

17  of the CD and I say eject.  Eject.  The disc could not

18  be ejected because it is using.  Okay.  So I have -- I

19  have to close everything and maybe now it will close.

20  Eject.  Force eject.  Are you sure?  Yes, I'm sure.

21  Come on, baby.  Dying.  The disc was not ejected

22  because --

23          MR. LIEBOWITZ:  Let's just go off the record

24      now.

25          MR. CROSBIE:  That's fine.  Go ahead.

Pierre Chicoineau
June 15, 2018                                    56

```
 1              (Discussion off the record.)

 2      Q.    (By Mr. Crosbie)   Back on the record.  I just

 3  want you to -- I will read it.  So it says -- well,

 4  actually, I'm not going to take a chance on reading --

 5      A.    It has some French in it.  Copie, C-O-P-I-E, so

 6  this is French copie, 01, copyright 2002.JPEG, and then

 7  it's written compression 90 percent.

 8      Q.    Okay.  We'll let you put that back in your bag

 9  and then we'll resume the questions.

10      A.    And which is important to find it, it is in the

11  folder ING, like golf, 00052, which is the folder, the

12  picture we have, we are looking for is located.

13      Q.    Okay.  Got it.

14              (Exhibit No. 8 was marked for identification.)

15      Q.    (By Mr. Crosbie)   I hand you what we marked as

16  Exhibit 8.  I have a copy for you.

17              The top page in all these are something that

18  our firm generates to indicate when and where the image

19  was captured, so you can ignore the first page?

20              If you look at the second page, can you tell me

21  what this represents?

22      A.    Yes.  This is my new life of photographer,

23  okay?  And this picture is six pictures, yes.  They're

24  on Fine Art America.

25      Q.    This is from the Fine Art America website, your
```

Pierre Chicoineau
June 15, 2018                    57

1    -- the page that includes your images?

2        A.    And these pictures are also on my site on --

3    the six pictures, they are -- they were first on my PYC

4    Photography site dot com.

5        Q.    Right.

6        A.    Not selling very well and then I say I'm going

7    to show them, so I took these six pictures, which are

8    all about seascape, and then I put them on Fine Art

9    America, and I had three visitors, including you.  You

10   told me.

11       Q.    All right.

12       A.    And that was also an experience.

13             (Exhibit No. 9 was marked for identification.)

14       Q.    Let's look at Exhibit 9 then, if you would.

15       A.    That's the same thing.  It's Fine Art America.

16   This is a picture of -- it's very close to Reddington

17   Beach.

18       Q.    And the title of it is earth, air, water 06?

19       A.    Yes.

20       Q.    So if I -- if I had proceeded further with my

21   research, I could have bought wall art, which is your

22   image on canvas, for $18 from Fine Art America?

23       A.    Yes.

24       Q.    And I could have got a pillow with this image

25   on it for $15?

Pierre Chicoineau
June 15, 2018                                    58

```
 1      A.   Yes, it's written there, but it's not the same
 2   picture.  And for $18, if you go into the Fine Art, you
 3   buy something like this.
 4          MR. LIEBOWITZ:  Let the record reflect -- do
 5       you want to just explain what the size is?  I
 6       mean --
 7          THE WITNESS:  Yeah, because they say $18, but
 8       if you want a picture like this you pay one hundred
 9       -- you have been on this site.  In fact, they put
10       from $18 and what you find, if you want a decent
11       picture, you -- you pay more than this.
12      Q.   (By Mr. Crosbie)  You may pay more than that.
13   In any event, it's a -- the image has been transferred
14   to a canvas that's suitable for hanging on a wall,
15   right?
16      A.   Yes, but -- yes.  This is public information.
17   I have no problem with that.
18      Q.   All right.  I'm just going to go through
19   because I have to.  The court won't take my word for it,
20   so let's look at -- I won't do all of these.
21          MR. LIEBOWITZ:  I guess just for expediency, if
22       you want, you want to mark them and just have Pierre
23       go through each one of them and just --
24          MR. CROSBIE:  I'm fine with that.
25          MR. LIEBOWITZ:  Yeah.
```

Pierre Chicoineau
June 15, 2018                                    59

```
 1            THE WITNESS:  I put six out of hundreds of my
 2       pictures on Fine Art just to make a test to see how
 3       -- what is the exposure of this, so this is what we
 4       could consider marketing test or whatever.
 5              (Exhibit No. 10 was marked for identification.)
 6              (Exhibit No. 11 was marked for identification.)
 7       Q.   (By Mr. Crosbie)  So Exhibits 10 and 11 are
 8   more offerings of your images at Fine Art America; is
 9   that correct?
10       A.   Yeah.  All of these are seascape, yes.  You
11   find them on my site at a different price.
12       Q.   Different -- well, we'll see.  I hand you what
13   we've marked -- just for the record, Exhibits 10 and 11
14   are the images for sale, are your images on some medium
15   at Fine Art America, right?
16       A.   Yeah.
17              (Exhibit No. 12 was marked for identification.)
18       Q.   (By Mr. Crosbie)  Let's look at Exhibit 12.
19   What is --
20       A.   So this one is my site.
21       Q.   The second page of Exhibit 12 is your site?
22       A.   Yes.
23       Q.   And here you have a -- there's an image of the
24   Eiffel Tower with two beams shooting out of it, but it's
25   not the same image as --
```

Pierre Chicoineau
June 15, 2018                                60

1      A.    No.  And this one has been taken in 2016.

2      Q.    All right.  Have you sold any copies of that

3   image of the Eiffel Tower that's on your website?

4      A.    Nope.  Of this page, no.  None.

5      Q.    None of the Eiffel Tower?  None of the icons of

6   Shanghai or Las Vegas?

7      A.    No.  Wow, you have been spending a lot of time,

8   huh?

9      Q.    Well, we've just got to see what the market is

10  out there for these things.

11     A.    I'm impressed.  Now I understand why your book

12  is so thick.

13           (Exhibit No. 13 was marked for identification.)

14     Q.    (By Mr. Crosbie)  If you'd look on the second

15  page, I've highlighted the second page of Exhibit 13,

16  I've highlighted a -- the price.

17           So for $300 I could get from your website an

18  image of the Eiffel Tower at night with the two beams of

19  light shooting out from it on 14 x 20 --

20     A.    Inches.

21     Q.    -- 14 x 20 inches high quality handcrafted

22  print made on custom metallic glossy photo paper; is

23  that correct?

24     A.    Yes.

25     Q.    I don't know anything about photo paper.  Is

Pierre Chicoineau
June 15, 2018                                                61

1   that some sort of special paper to print onto?

2       A.   Yes.  You put it on a wall like this and it

3   looks like a TV screen with light in it; it reflects, so

4   it's a nice printing.

5       Q.   Is that more expensive than sort of traditional

6   photo paper?

7       A.   It's more, double the price of regular

8   printing.

9       Q.   So on this item, what would be the cost of the

10  paper that the image is printed on for the -- or is that

11  not even the right -- yeah, what would be the cost of

12  the photo paper that this image is printed on?

13      A.   I feel you are trying to demonstrate that my

14  work is almost has a value of almost zero.  I start to

15  feel bad with all your questions, how much is your

16  paper.  You want to know what is the cost of the camera

17  and to take this type of thing?

18      Q.   Just the paper right now.

19      A.   So are we going to go through this meeting with

20  a complete cost analysis of my business of photograph or

21  what?

22      Q.   Well, you can ask your client -- or your lawyer

23  on a break, but I just want -- all I'm doing is asking

24  questions trying to get some information.

25      A.   The paper is special metallic paper.  You go on

1  the internet and you find the price for metal paper,

2  period.

3      Q.   You're not going to answer the question?

4      A.   I don't know.  It's by the surface.  The

5  printer is Mr. Pierre Dutertre and he's charging me when

6  I print -- for each print and he bought ink paper from

7  Japan.

8          A print like that, maybe it's 50 or $60,

9  something like that, but you go on the internet, look

10 for print, metallic print photograph this size and you

11 have catalogs that show that.

12     Q.   Well, there are lots of ways for me to do

13 research and one of them is by asking you questions, so

14 I don't mean to make you uncomfortable.  I don't think

15 you should read too deeply into what I'm asking, but I

16 do expect that you will answer --

17     A.   I'm trying to look where are we heading and to

18 understand where are we heading and you want to

19 demonstrate that the cost of all of this for me is very

20 low.

21         (Exhibit No. 14 was marked for identification.)

22     Q.   (By Mr. Crosbie)  Take a look at Exhibit 14.

23     A.   Fourteen.

24     Q.   Here.

25     A.   This one -- this one, I'm proud of it.

Pierre Chicoineau
June 15, 2018                                      63

1     Q.    Why are you proud of this one?

2     A.    Many reasons.  I have had many feedback on

3  this.

4     Q.    Have you sold any of these?

5     A.    I have not sold any of these.

6     Q.    So it appears to be sort of an artistic

7  flourish --

8     A.    If you look at this picture --

9     Q.    Yes.

10    A.    -- there is some artistic effect.  It is not a

11 picture.  It's not like a photograph, pure photograph.

12    Q.    Right.

13    A.    It has some treatment, sorry for my English,

14 plus edit.  It has been edited.  And this picture has

15 two icons.

16          This picture has the Eiffel Tower almost from

17 the ground, very closer to it, and this thing where

18 children are sitting on horse and carousel things, these

19 are two icons of Paris and the Eiffel Tower, but this is

20 my picture.  This is the price I agreed.

21    Q.    How long did it take you to create this image,

22 this final image?  I know it took you a fraction of a

23 second to snap the photo, but how much more time did you

24 have to spend to make it look like this?

25    A.    We are making a cost analysis study.

Pierre Chicoineau
June 15, 2018                                    64

1      Q.    No.   This is a sort of artistic element aside
2  from snapping a shutter, so what sort of time did you
3  have to put in to create this -- the image I'm looking
4  at now?
5      A.    To get this picture, probably three hours.
6      Q.    Okay.   So a lot quicker than snapping a photo,
7  right?
8      A.    What do you mean by snapping a photo?
9      Q.    The photo, for example, of your wife in the
10  subway, that was a --
11      A.    I just went poof.
12      Q.    Poof?
13      A.    Free photography.
14      Q.    Right.   And this is --
15      A.    This one, this one is -- I can tell you the
16  story on that.   This picture has been taken, it was
17  2012, 2013, and this picture is -- I was living in Paris
18  during 18 months.   I had had a home here in Florida and
19  a home -- some people are homeless and I had two and
20  paid twice tax.
21          As I was working there, at night, as my wife
22  was in Florida most of the time, I was going out in
23  Paris and making photographs, and I had made hundreds of
24  photographs of this Eiffel Tower from either the bridge,
25  close to it, or another bridge, so I've been spending

Pierre Chicoineau
June 15, 2018                                    65

1   around the Eiffel Tower maybe equivalent of 10 days, 10

2   evenings really trying to shoot with the best camera I

3   had the best shots.  And these few shots, new shots that

4   are here are the result of that and it has been edited

5   this way and so on in order to make any vocation because

6   I'm sure there is some kind of fog and -- during the

7   winter and so on, so I've been spending a lot of time to

8   this Eiffel Tower series, which is the other later, more

9   later, in two thousand -- 10 years after the first one

10  trying to be more professional.

11       Q.   Well, and it's -- is it fair to say that the

12  earlier ones were a series of snapshots, some in which

13  -- one of which included the Eiffel Tower?

14       A.   The first one was pure picture, pure

15  photograph.

16       Q.   Pure photograph.

17       A.   With the electronic -- this type of camera with

18  five million pixel was the best thing you could buy for

19  electronic, so then it was -- at that time you had to

20  have it and, okay, it's photograph, but I spend a lot of

21  time on this picture that we're discussing in order to

22  remove the --

23       Q.   This?

24       A.   The one we are discussing about infringement, I

25  spent a lot of time learning how to edit this picture to

Pierre Chicoineau
June 15, 2018                                    66

1  remove the noise and to remove because there is -- in

2  this camera there is one pixel defect; they were not

3  perfect and how to remove it and so on.  I had to learn

4  all of that and didn't use Photoshop.  It was another

5  software.  So I've been spending a lot of time after

6  that.  Are we going to make a cost analysis on that?

7  You treat it the way you want.

8       Q.   I'm not criticizing the picture at all.  I'm

9  just trying to understand your growth as an artist from

10  straight up photography to photography with flourishes.

11       A.   My conclusion as an artist, if I am only an

12  artist, I'm going to be starving all my life.

13            (Exhibit No. 15 was marked for identification.)

14       Q.   (By Mr. Crosbie)  All right.  Look at Exhibit

15  15, if you would, please.

16       A.   Yes.

17       Q.   That's an image of buildings in Shanghai?

18       A.   Yes.

19       Q.   All right.  Did you travel to Shanghai for the

20  purpose of capturing the images or were you there and

21  decided it was an interesting spot to shoot pictures?

22       A.   I traveled to Shanghai for business.

23       Q.   Your engineering consulting business?

24       A.   Yes.  I had to spend a weekend in Shanghai and

25  I went to this place, take a picture.  And this place to

Pierre Chicoineau
June 15, 2018                                                    67

1    take a picture was quite difficult because the building

2    in the middle is more than 2,000 feet high.  This is the

3    highest -- as of that day the highest building of

4    worldwide, and to put it in one shot camera was quite

5    difficult, so I didn't do only this one.  That day I

6    took maybe 50 or 60 pictures of Shanghai.  This is one

7    of them.

8        Q.    And this picture also has the artistic

9    flourishes to it?

10       A.    Yes.

11       Q.    Did it require a similar amount of effort after

12   you snapped the shutter to make it look the way it looks

13   now; that is, you know, maybe three hours of work to get

14   it that -- to look the way it does?

15       A.    More than that because I had to remove the

16   traffic light.  There was a -- it's in a -- there is a

17   crossing road and there was big buildings and two other

18   buildings there and this guy for the city and people,

19   they put traffic light all over the place, so this one

20   was manipulated with Lightroom, which is kind of

21   Photoshop picture, in order to remove all traffic lights

22   so I can get the picture with the building.  The sky

23   looks black, but it was a sunny day.  This picture is

24   completely bizarre because you see the sun reflection

25   here?

Pierre Chicoineau
June 15, 2018                                    68

1      Q.    Right.

2      A.    But the sky is black, so there was a lot of

3  manipulation in this.

4      Q.    Have you sold any of these images?

5      A.    Of this one, no.

6      Q.    But if I were so inclined, I could go to your

7  website today and order it, right?

8      A.    Yes, you can order it printed.  If you want to

9  order it, a file to download, you have to write an

10 e-mail and then we discuss.

11         MR. CROSBIE:  Did I mark that?  Is that Exhibit

12     15?

13         MR. LIEBOWITZ:  Exhibit 15, yes.

14     Q.    (By Mr. Crosbie)  What do you mean you'd have

15 to discuss it if I want a file to download?

16     A.    Because on my site where you found this, there

17 is -- for any question and so on, send an e-mail and I

18 can make special offer if you need something.

19     Q.    Has anyone ever requested to acquire a file

20 from an image on your website?

21     A.    On the website, no.

22     Q.    And I'm not going to go through all of these,

23 but the --

24     A.    Because there are hundreds of pictures on my

25 site depending on when because I am -- I have a project

1  to rebuild all of that with newer pictures and so on and

2  probably less pictures and -- so you can put 300 or 200

3  attachments to the folder.  All of this is -- the way

4  the price is calculated is the size, the biggest size in

5  term of inches and then I have a -- made that with my --

6  I would say guru, but my trainer and depending on the

7  longest size of the picture this is going to be 300,

8  400, or 500.

9            (Exhibit No. 16 was marked for identification.)

10     Q.    (By Mr. Crosbie)  Let me ask you then, if you

11  look at Exhibit 16, the $45 price on the orchid photos

12  are a result of it being a smaller photo?

13     A.    Yes.

14     Q.    It starts at $45 for a 7 x 5 inch photo?

15     A.    Yes.

16     Q.    Do you use the same paper --

17     A.    Yes.

18     Q.    -- for the orchid photos as you do the icon

19  photos?

20     A.    Yes.

21     Q.    What's the most expensive of the

22  OPEN-001_Orchids image?  What would be the most

23  expensive image, which, I guess, would be the largest

24  print, right?

25     A.    Yes.

Pierre Chicoineau
June 15, 2018                                    70

1      Q.    So what would the largest one cost?

2      A.    The most expensive picture printed has been

3   quoted to 6 or 700 by my coach after a show, exhibition,

4   and it's purely based on the size, no -- no discussion

5   on the quality of the print.

6            (Exhibit No. 17 was marked for identification.)

7      Q.    (By Mr. Crosbie)  What would the price be if I

8   ordered one of these orchid photos like the one I'm

9   going to mark as Exhibit 17?  These are really quite

10  good, by the way.

11     A.    Thank you.

12     Q.    What would the price be if I got it in an

13  acrylic block?  Does that make it more expensive?

14     A.    I try to work that out.  Yes, acrylic block is

15  more expensive and -- but I never did it and I don't

16  remember I offered it.  I've been looking at quotes from

17  people doing that.

18           I even have been looking at printing my -- some

19  of these pictures on tiles, ceramic tiles, and the

20  quality of the results have not been very good because

21  these inks either are dangerous for -- with containing

22  metal thing and poisons or they are completely fade

23  colors, so it doesn't work, so I'm sticking with the

24  paper.  I would love to go with acrylic, but didn't do

25  it yet.

Pierre Chicoineau
June 15, 2018                                    71

```
 1      Q.    Have you sold any of the orchid photos that are

 2   displayed on your website?

 3      A.    No.   The only picture I've been selling are

 4   landscape and animals.

 5      Q.    The tiger?

 6      A.    Tiger.

 7            (Exhibit No. 18 was marked for identification.)

 8      Q.    (By Mr. Crosbie)   Take a look at Exhibit 18.

 9   This is an image from iStockphoto.com.   I think you

10   testified earlier that you had tried selling on iStock;

11   is that right?

12            MR. LIEBOWITZ:   Objection.   I think it

13       mischaracterizes.   I think he said Bigstock.

14            MR. CROSBIE:   No.   He said iStock.

15            THE WITNESS:   I say that Eiffel Tower is on

16       Bigstock.

17      Q.    (By Mr. Crosbie)   No, but I'm saying --

18      A.    But I put other pictures on iStock, a few, and

19   didn't get money from it, and they're also the 123rf.

20      Q.    Right.   My question was just had you -- had you

21   put any images up for sale on iStock.

22            Is this the same perspective that you had that

23   -- this being Exhibit 18, is it the same, or, I guess,

24   direction from which you took your photo that is

25   attached to the complaint?
```

Pierre Chicoineau
June 15, 2018                                    72

```
1          MR. LIEBOWITZ:  Objection; form.  If you
2     understand.
3          MR. CROSBIE:  Don't say that.  It's coaching
4     because then the witnesses invariably say I don't
5     understand.
6          MR. LIEBOWITZ:  Okay.
7          THE WITNESS:  This is the same Eiffel Tower.
8     Q.   (By Mr. Crosbie)  Same Eiffel Tower.
9     A.   I'm joking.
10    Q.   There is one in Kings Island.
11    A.   It's taken from the same place, which is the
12   Trocadero, and it says here, square in Paris.
13         There are two things I don't understand, which
14   are these two things here.  There are -- I know very
15   well this place.  These two corners here, I don't
16   understand what they are.  It seems that they have been
17   taking their shot probably from a ladder in order to be
18   able to have the water, but they cannot -- recently they
19   cannot access to the wall, but basically the same
20   picture, yes.  There are a few details.  I found there
21   are hundreds of very similar image, but not with like
22   the light, double light and stuff.
23         (Exhibit No. 19 was marked for identification.)
24    Q.   (By Mr. Crosbie)  Take a look at Exhibit 19.
25   It's also an image of the Eiffel Tower at night on the
```

Pierre Chicoineau
June 15, 2018                                    73

1  first page.

2      A.   Yes.

3      Q.   If you flip to the second page you'll see

4  more -- the second and third page is more images all

5  from different perspectives of the Eiffel Tower at

6  night.

7      A.   Yes, and many software.  I have difficulties to

8  find mine out of the others, yeah.

9          Okay.  So what is your question for this one?

10     Q.   Are you familiar with -- you are familiar with

11 Shutterstock.com, correct, the company?

12     A.   Yes.

13         (Exhibit No. 20 was marked for identification.)

14     Q.   (By Mr. Crosbie)  And this is not the best of

15 reproductions, but let's look at Exhibit 20 because for

16 some reason the two beams of light have turned blue.

17         Take a look at Exhibit 20 and you can see the

18 faint beams of light.  I don't know what I did that

19 turned those things blue.

20         Are you able to see them two beams from the top

21 of the tower?

22     A.   Yes.  The first time I see they are good and it

23 is not the same picture than mine.

24     Q.   Well, there are some clouds, it looks like,

25 too.

1    A.    May I see mine?  Definitely different.  There's

2  a truck and the people.  Okay.  Very similar.

3    Q.    Have you -- these are just some routine

4  questions I ask everybody, but they're sort of personal.

5  Have you ever been convicted of a felony?

6    A.    Never.

7    Q.    Have you ever been convicted of a crime

8  involving dishonesty?

9    A.    Never.

10    Q.    Have you taken any medications today that would

11  have affected or impeded your memory?

12    A.    No.

13    Q.    Have you ever been sued before?

14    A.    Never.

15    Q.    Prior to getting connected with Mr. Liebowitz,

16  had you ever sued anyone before?

17    A.    Never.

18    Q.    Have you ever been a witness in a lawsuit

19  before?

20    A.    Never.

21    Q.    Have you ever been in a trial before?

22    A.    What does that mean?

23    Q.    In a courtroom with a judge --

24    A.    No.

25    Q.    -- trying a case.

Pierre Chicoineau
June 15, 2018                                                75

1      A.    Never been arrested because when I went through

2  the citizenship ceremony and interview I had all that

3  questions.

4      Q.    So when did you become a citizen?

5      A.    It was two thousand -- 10 years from now, so

6  2008.

7      Q.    Were you a permanent resident -- how long were

8  you a permanent resident?

9      A.    I was a permanent resident 20 years and citizen

10  10 years.

11      Q.    Why did you move to the U.S.?

12          MR. LIEBOWITZ:  Objection; relevance.

13          THE WITNESS:  It's fine.  Let's go with it.  I

14      was in my company for six years in Paris and I was

15      asking my boss to go ex-pat somewhere and I

16      volunteer to go to India, Bangalore, because they

17      had a new company building there with technology and

18      stuff, and my boss say, no, I want you to go in

19      China in Shanghai, and I say no.  Why?  Because you

20      don't want me to go to this, and, second, the

21      Chinese, they are Dutch.  I don't want to go to

22      China.  That was the image I had at that time.  So

23      we were like this (indicating) and finally he had an

24      opportunity in Massachusetts, so he came to me and

25      said, you want to go in Massachusetts?  I said yes.

Pierre Chicoineau
June 15, 2018                                      76

1      It was finished India, finished with China, and this

2      is how I end up in a company one hour from Boston

3      for six years.

4            After that six years they wanted me to manage

5      engineering department that was here in Florida, in

6      St. Pete, so I came here for three years.  I had

7      built a home in Massachusetts because there was a

8      big crisis for the home.  Here I build a home, too,

9      and once -- after that they wanted me to go to

10     Mexico.  Because it was very dangerous in Mexico, so

11     I kept my home, so I was commuting and had a safe

12     place to live in the U.S. and commuting to

13     Chihuahua, which is five hours trip by plane, and

14     this is why -- and then after that I said do I want

15     to go back in France?  No.  I feel good in the U.S.

16     I had a citizenship, so I said I'm going to stay in

17     the U.S., and I feel safe, personal choice.

18     Q.   (By Mr. Crosbie)  If you can, estimate for me

19  in your life as a photographer how much money have you

20  made selling your work.

21     A.   Over what period of time?

22     Q.   Sixty years.

23     A.   Sixty years?

24     Q.   Yes.

25     A.   I'd say 10,000 roughly.

Pierre Chicoineau
June 15, 2018                                          77

```
 1      Q.   I don't expect an exact number over 60 years,

 2   so I'll take roughly as a reasonable effort on your

 3   part.

 4           MR. CROSBIE:  I don't think I have any more

 5      questions.

 6           MR. LIEBOWITZ:  Can we take a five-minute

 7      break?  I just want to see if I have any follow-up

 8      questions.

 9           MR. CROSBIE:  Okay.  We're off the record.

10        (Recess from 12:28 p.m. until 12:40 p.m.)

11           MR. LIEBOWITZ:  I just want to reintroduce what

12      was marked as Kinnear Exhibit 1, which was --

13           MR. CROSBIE:  What are you saying?  Kinnear?

14           MR. LIEBOWITZ:  Yesterday's.  Yesterday's

15      deposition.

16           MR. CROSBIE:  Okay.

17           MR. LIEBOWITZ:  I'm just not going to remark

18      the name because it was already previously, you

19      know, produced in that deposition, so for the sake

20      of organization, I'd rather just keep it what was

21      marked in that deposition, if that's okay.

22           MR. CROSBIE:  It doesn't matter to me.

23           MR. LIEBOWITZ:  Okay.  So Kinnear Exhibit 1,

24      which is Exhibit B to the complaint in this action,

25      which is a screenshot of the Eiffel Tower photograph
```

Pierre Chicoineau
June 15, 2018                                    78

1    in this litigation on defendant's website

2    destinationweddingmag.com com.  I know you've seen

3    this.  I don't have a copy, so -- and I'm also just

4    going to reintroduce Exhibit 7, which, I believe, is

5    Defendant Exhibit 7, which is the ones that you

6    marked, I just want to clarify?

7         MR. CROSBIE:  Which is Exhibit 7 to this

8    deposition.

9         MR. LIEBOWITZ:  Okay.  Which is the Eiffel

10   Tower photograph that appeared on the

11   Bigstockphoto.com website.

12                    CROSS-EXAMINATION

13   BY MR. LIEBOWITZ:

14   Q.   So, Pierre, I just want to revisit, Mr. Crosbie

15   mentioned earlier in the deposition regarding removal of

16   copyright management information.  And looking at

17   Kinnear Exhibit 1, and I direct your attention to the

18   photo credit Eiffel Tower line, which is underneath the

19   photograph.

20        Did the destinationweddingmag.com remove -- did

21   not credit you for the photo credit, correct?

22   A.   Yes.  I can see that.

23   Q.   Okay.  So did they remove your credit?

24        MR. CROSBIE:  Object to the form.

25        THE WITNESS:  That's the first time I see this.

Pierre Chicoineau
June 15, 2018                                79

```
 1       Q.   (By Mr. Liebowitz)  Yes.  So they didn't credit
 2   you for the photograph, correct?
 3       A.   Photo credit, Eiffel Tower.
 4       Q.   Okay.  And on the Bigstock website, I turn your
 5   attention to the copyright, and it has your name, Pierre
 6   Yves?
 7       A.   Yes, and I didn't put my last name because it
 8   was impossible to pronounce it because -- so I just put
 9   my first name.
10       Q.   Okay.  So just to turn your attention to --
11   back to Exhibit 1, do you believe that defendant
12   willfully infringed on your copyright?
13            MR. CROSBIE:  Object to the form; asked and
14        answered and relevance.  Well, asked and answered.
15            THE WITNESS:  This picture can only come from
16        Bigstock and -- so here it doesn't say Bigstock.  It
17        doesn't say Pierre Yves.  It doesn't say my name, so
18        it's looking like it has been changed here
19        because --
20       Q.   (By Mr. Liebowitz)  And changed, you're
21   pointing to the photo credit, Eiffel Tower, that was
22   changed?
23            MR. CROSBIE:  Object to form.
24            THE WITNESS:  Apparently, yes.
25            MR. LIEBOWITZ:  Okay.  I have no further
```

Pierre Chicoineau
June 15, 2018                                    80

1      questions.
2                      REDIRECT EXAMINATION
3    BY MR. CROSBIE:
4        Q.    So, Pierre, again, thank you for letting me use
5    your first name.  We don't know -- you don't know where
6    this photo that ended up on the Destination Weddings
7    website came from, do you?
8        A.    Yes.  What I know --
9        Q.    Well, hang on.  That wasn't a very good
10   question.
11              You know the origin of the photo because you
12   took it.  You took this image --
13       A.    Yes.
14       Q.    -- with your camera, but you don't know where
15   my client got the image from, do you?
16              MR. LIEBOWITZ:  Objection.
17              THE WITNESS:  I am one hundred percent sure
18         that I took this picture, copyright it, and uploaded
19         it on Bigstock.
20       Q.    (By Mr. Crosbie)  Right.
21       A.    And only uploaded it on Bigstock.
22       Q.    Right.
23       A.    Anyone using this picture is using copy or
24   download from Bigstock.
25       Q.    Right.

Pierre Chicoineau
June 15, 2018                                    81

1    A.    I have --

2    Q.    Go ahead.

3    A.    I have proof of that, which is the original

4    picture I have on the CD, I also have it on a disc as

5    one pixel defect, which is my camera has a defect on the

6    sensor, and I -- all these picture I have seen on the

7    internet and if I look at it I don't see it.  I have

8    edited my picture that I uploaded removing this defect,

9    so after that I know that all the picture I see here are

10   not from the original, they are from the one that has

11   been uploaded into Bigstock.

12   Q.    Okay.  But let me just give you a scenario

13   then.  Let's say a customer bought your image, bought

14   the image from Bigstock and put it on their website.

15   A.    Yes.

16   Q.    Let's say another person came along and

17   duplicated that image that had come from Bigstock and

18   put it on their website and then let's say the Eiffel

19   Tower website, for example, sees your image out there on

20   the internet and they say, this looks like great and

21   there's no photo credit, we'll put it on our website,

22   it's possible then that Bonnier downloaded the

23   photograph of the Eiffel Tower from the Eiffel Tower

24   website, right?

25        MR. LIEBOWITZ:  Objection.

Pierre Chicoineau
June 15, 2018                                    82

1       Q.    (By Mr. Crosbie)  They wouldn't have to get it
2   -- my point is you don't have to get your image directly
3   from this -- Bigstock.  Once it's out in the internet,
4   someone else intentionally or unintentionally could
5   scoop it up if it doesn't have your credit on it, right?
6           MR. LIEBOWITZ:  Objection.
7           THE WITNESS:  The mess of this thing is the
8       fact that Bigstock don't want to say who has their
9       license and who has not, so then everything become
10      guess after that, so what you are looking to know is
11      is it willingful or not willingful.
12          Bonnier has made an infringement, and what I
13      have been reading, everything I've been reading on
14      this, from my education is the final user is
15      responsible of finding if an image it's using is
16      infringing or not.  Because of all this internet
17      thing everybody can copy everything.  This image is
18      even in China, okay?  I did not -- I went into
19      China, but the image was not in my computer, so I'm
20      one hundred percent sure they suck everything out of
21      my computer, but it was not in, okay?
22          So, yes, people have been copying.  After that,
23      who was willingful and who was not willingful and so
24      on, I think it depends more if people are
25      professional and then they do I think something like

Pierre Chicoineau
June 15, 2018                                           83

```
 1        this, they are supposed to do it willingfully, which
 2        should not happen or something like that.  This is
 3        what I think about that.
 4        Q.   (By Mr. Crosbie)  Okay.  But you don't have any
 5   evidence that Bonnier removed your name from a photo
 6   credit and substituted Eiffel Tower in the photo credit,
 7   do you?
 8             MR. LIEBOWITZ:  Objection; form.
 9             THE WITNESS:  I see it.  I see it.  Once again,
10        I didn't pay attention to this detail.  I told you
11        how I entered this and I took all of that and
12        transfer it to people who are professional to deal
13        with that, so I see today that, yes, here photo
14        credit, Eiffel Tower.
15             MR. CROSBIE:  Richard, you can't point at that
16        document to help him testify.
17             MR. LIEBOWITZ:  I'm just --
18             MR. CROSBIE:  You're pointing at the photo
19        credit on the other one.
20             MR. LIEBOWITZ:  Okay.
21             MR. CROSBIE:  You can't do that.
22             MR. LIEBOWITZ:  Okay.
23        Q.   (By Mr. Crosbie)  Last question.  Are you aware
24   that if you don't recover more than $2,000 at trial you
25   have to pay my costs?
```

Pierre Chicoineau
June 15, 2018                                    84

```
1              MR. LIEBOWITZ:  Objection; form.
2              THE WITNESS:  Am I aware of that?
3         Q.   (By Mr. Crosbie)  Yes.  If you don't recover
4    more than $2,000 at trial you have to pay my costs, are
5    you aware of that?
6         A.   No.  Sorry, speak slowly.  You speak too fast.
7              MR. LIEBOWITZ:  Objection; form.
8         Q.   (By Mr. Crosbie)  Are you aware that if you do
9    not recover at least $2,000 at the trial that you have
10   to pay my costs, Bonnier's cost for this case?
11        A.   No.  I'm not aware that I have to pay anything
12   on that.
13        Q.   Well, you don't have to yet.
14             MR. LIEBOWITZ:  Okay.  We're finished?
15             MR. CROSBIE:  Finished.
16             MR. LIEBOWITZ:  Thank you.
17             MR. CROSBIE:  All right.
18             (Proceedings concluded at 12:50 p.m.)
19
20
21
22
23
24
25
```

Pierre Chicoineau
June 15, 2018                                        85

1                          ERRATA SHEET

2                  DO NOT WRITE ON THE TRANSCRIPT
                    ENTER CHANGES ON THIS PAGE
3
        IN RE: PIERRE YVES CHICOINEAU v BONNIER CORPORATION
4               DEPOSITION OF: PIERRE YVES CHICOINEAU
                          JUNE 15, 2018
5                  {US Legal Job No. 1746746}

6    PAGE    LINE    CORRECTION AND REASON THEREFOR

7    ____    ____    _____
             ____    _____
8    ____    ____    _____
             ____    _____
9    ____    ____    _____
             ____    _____
10   ____    ____    _____
             ____    _____
11   ____    ____    _____
             ____    _____
12   ____    ____    _____
             ____    _____
13   ____    ____    _____
             ____    _____
14   ____    ____    _____
             ____    _____
15   ____    ____    _____
             ____    _____
16   ____    ____    _____
             ____    _____
17   ____    ____    _____
             ____    _____
18   ____    ____    _____
             ____    _____
19   ____    ____    _____
             ____    _____
20   ____    ____    _____

21   Under penalties of perjury, I declare that I have read
     the foregoing document and that the facts stated in it
22   are true.

23   _____

24   DATE                            PIERRE YVES CHICOINEAU

25

```
 1                    US LEGAL SUPPORT, INC.
              4350 West Cypress Street, Suite 701
 2                    Tampa, Florida 33607
                          813-876-4722
 3

 4    PIERRE YVES CHICOINEAU               September 5, 2018
      c/o RICHARD P. LIEBOWITZ, ESQUIRE
 5    LIEBOWITZ LAW FIRM, PLLC
      11 Sunrise Plaza
 6    Suite 305
      Valley Stream, New York 11580
 7
      RE:     PIERRE YVES CHICOINEAU V. BONNIER CORPORATION
 8            Deposition taken on June 15, 2018
              USL Job No:  1746746
 9

10    The transcript of the above-referenced proceeding has
      been prepared and is being provided to your office for
11    review by the witness.

12    We respectfully request that the witness complete their
      review by a reasonable time and return the errata sheet
13    to our office.

14    Sincerely,

15


16
      LISA ORTEGA, RPR
17    US Legal Support, Inc.
      4350 West Cypress Street
18    Suite 701
      Tampa, Florida 33607
19    813-876-4722

20

21    CC via transcript:

22        Michael D. Crosbie, Esquire

23

24

25
```

Pierre Chicoineau
June 15, 2018                                    87

```
1                    CERTIFICATE OF REPORTER

2    STATE OF FLORIDA          )

3    COUNTY OF HILLSBOROUGH    )

4

5       I, LISA ORTEGA, RPR, certify that I was authorized to

6    and did stenographically report the deposition of PIERRE

7    YVES CHICOINEAU; that a review of the transcript was

8    requested; and that the foregoing pages are a true and

9    complete record of my stenographic notes taken during

10   said deposition.

11

12      I further certify that I am not a relative, employee,

13   attorney, or counsel of any of the parties, nor am I a

14   relative or employee of any of the parties' attorneys or

15   counsel connected with the action, nor am I financially

16   interested in the action.

17

18      Dated this 5th day of September, 2018.

19

20

21

22   _____

23   LISA ORTEGA, RPR

24

25
```

```
1                    CERTIFICATE OF OATH

2    STATE OF FLORIDA          )

3    COUNTY OF HILLSBOROUGH    )

4

5

6

7       I, LISA ORTEGA, RPR, Notary Public, State of Florida

8    certify that PIERRE YVES CHICOINEAU personally appeared

9    before me on the 15th day of June, 2018, and was duly

10   sworn.

11

12      Signed this 5th day of September, 2018.

13

14

15

16

17

18       _____

19       LISA ORTEGA, RPR
         My Commission Number:  FF 247368
20       Expires:  August 25, 2019

21

22

23

24

25
```


WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Gallery PYC Photography |
| Capture URL: | http://www.pycphotography.com/icons/ |
| Captured site IP: | 198.49.23.145 |
| Page loaded at (UTC): | Mon, 11 Jun 2018 18:36:32 GMT |
| Capture timestamp (UTC): | Mon, 11 Jun 2018 18:36:44 GMT |
| Capture tool: | v6.7.0 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 2 |
| Capture ID: | 4627be4b-10cd-421e-931b-4fc756a6caf5 |
| User: | sb-mwilson |

EXHIBIT _12_
WIT: _P.C._
DATE: _6·15·18_
Lisa Ortega, RPR

PDF REFERENCE #:        rodeNE2TDjeRFkxLTzRABH



PYC Photography



Document title: Gallery PYC Photography
Capture URL: http://www.pycphotography.com/icons/
Capture timestamp (UTC): Mon, 11 Jun 2018 18:36:44 GMT                    Page 1 of 1



WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | PYC Photography |
| Capture URL: | http://www.pycphotography.com/view-all/item-077-icons |
| Captured site IP: | 198.49.23.145 |
| Page loaded at (UTC): | Mon, 11 Jun 2018 18:36:50 GMT |
| Capture timestamp (UTC): | Mon, 11 Jun 2018 18:37:01 GMT |
| Capture tool: | v6.7.0 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 2 |
| Capture ID: | f69f44f8-1529-4b2b-bb35-53378a785383 |
| User: | sb-mwilson |



EXHIBIT 13
WIT: V.C.
DATE: 6-15-18
Lisa Ortega, RPR

PDF REFERENCE #:     bDcAJd1nMwQQtjxw7VARzk



**PYC Photography**

PIERRE-YVES LHERON, ARTIST PHOTOGRAPHER

HOME    LIMITED EDITIONS    FEATURED GALLERIES    SPECIALS    MEET THE ARTIST    PRINT INFORMATION    CONTACT

NEWSLETTER

← BACK TO VIEW ALL



## ITEM-077: ICONS


$300.00

Artist: Pierre-Yves

Title: "*Icons Paris Eiffel tower 1*"

Size: 14 x 20 inches (35x 51 cm)

**Click on the image to enlarge and enjoy.** Then Click again on the image to come back to this page to order.

**Other sizes available on request sent via a "Contact the Artist" message for a quote.**

Media: High Quality hand Crafted Print made on Custom Metallic Glossy Photo Paper. ( See Print information)

Quantity:

1

ADD TO CART

◎ Share


WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | PYC Photography |
| Capture URL: | http://www.pycphotography.com/view-all/item-080-icons |
| Captured site IP: | 198.49.23.145 |
| Page loaded at (UTC): | Mon, 11 Jun 2018 18:37:34 GMT |
| Capture timestamp (UTC): | Mon, 11 Jun 2018 18:37:43 GMT |
| Capture tool: | v6.7.0 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 2 |
| Capture ID: | 135ea28c-0498-4570-88d4-9bad514d3b06 |
| User: | sb-mwilson |

EXHIBIT  _14_
WIT:  _P.C._
DATE:  _6-15-18_
Lisa Ortega, RPR

PDF REFERENCE #:     gBcdtX7u3FVbqwdu9W6zKM



**PYC Photography**

HOME     LIMITED EDITIONS     FEATURED GALLERIES     SPECIALS     MEET THE ARTIST     PRINT INFORMATION     CONTACT

NEWSLETTER

← BACK TO VIEW ALL



## ITEM-080: ICONS

$300.00

Artist: Pierre-Yves

Title: *"Icons Paris Eiffel Tower 2 "*

Size: 15 x 22 inches (38 x 56 cm)

**Click on the image to enlarge and enjoy.** Then Click again on the image to come back to this page to order.

**Other sizes available on request sent via a "Contact the Artist" message for a quote.**

Media: High Quality hand Crafted Print made on Custom Metallic Glossy Photo Paper. ( See Print information)

Quantity:

1

ADD TO CART

Share

# shutterst⊙ck

(/)

Search for royalty-free stock images                     All Images ▾     🔍



⊕  ()  ⬇  ()  ⬆  ()  ✎  (/editor/image/paris-france-
october-26-ceremonial-lighting-112432430?ref=image-
photo&exit=/image-photo/112432430)

Editorial use only ⓘ
Editorial credit: GTS Productions / Shutterstock.com

## Create your Free Account

Email Address

Password

[    ⬇ Download    ]


EXHIBIT 19
WIT: D.C.
DATE: 6-15-18
Lisa Ortega, RPR

By creating an account, I agree to Shutterstock's Website Terms (/terms), Privacy Policy (/privacy), and Licensing Terms (/license).

Already have an account? Sign In (https://accounts.shutterstock.com/login?lang=en&next=%2Foauth%2Fauthorize%3Fstate%3Df58dccb10452b211f670171168c7ec53%26redirect_uri%3Dhttps%253A%252F%252Fwww.shutterstock.com%252Fbase%252Foauth%252Fcallback%253Flanding_page%253D%25252Fimage-photo%25252Fparis-france-october-26-ceremonial-lighting-112432430%25253Fsrc%25253DU67kWxmiXbM5pgInN5hF9g-1-40%2526realm%253Dcustomer%26scope%3Dlicenses.create%2520licenses.view%2520organization.view%2520purchases.view%2520purchases.create%2520user.edit%2520user.email%2520user.view%26hl%3Den%26client_id%3D63bf4e8aa2191e79bf34)

 By GTS Productions (/g/imagecom)    

Royalty-free stock photo ID: 112432430

PARIS, FRANCE - OCTOBER 26: Ceremonial lighting of the Eiffel tower on October 26, 2006 in Paris, France. The Eiffel tower is the most visited monument of France.

eiffel (/search/eiffel)    tower (/search/tower)    night (/search/night)    paris (/search/paris)

france (/search/france)    landscape (/search/landscape)    lit (/search/lit)    romantic (/search/romantic)Show more

Categories: Abstract (/category/abstract?searchterm=eiffel&noid=1), Vintage (/category/vintage?searchterm=eiffel&noid=1)

Similar images



**See all (/search/similar/112432430)**

Same artist



**See all (/g/imagecom?searchterm=eiffel)**

Browse stock images by category

Abstract (/category/abstract)

Animals/Wildlife (/category/animals-wildlife)

The Arts (/category/the-arts)

Backgrounds/Textures (/category/backgrounds-t...

Beauty/Fashion (/category/beauty-fashion)

Buildings/Landmarks (/category/buildings-landm…

Business/Finance (/category/business-finance)

Celebrities (/category/celebrities)

Editorial (/category/editorial)

Education (/category/education)

Food and Drink (/category/food-and-drink)

Healthcare/Medical (/category/healthcare-medical)

Holidays (/category/holidays)

Illustrations/Clip-Art (/category/illustrations-clip-art)

Industrial (/category/industrial)

Interiors (/category/interiors)

Miscellaneous (/category/miscellaneous)

Nature (/category/nature)

Objects (/category/objects)

Parks/Outdoor (/category/parks-outdoor)

**200,846,314** royalty-free stock images

People (/category/people)    **1,451,064** new stock images added this week

Religion (/category/religion)

Shutterstock.com
Science (/category/science)
Home (/)

About Us (/about)
Signs/Symbols (/category/signs-symbols)
Subscribe / Renew (/subscribe)

Shutterstock Footage (https://www.shutterstock.com/video/)
Sports/Recreation (/category/sports-recreation)
Shutterstock Music (https://www.shutterstock.com/music/)

Shutterstock Blog (https://www.shutterstock.com/blog/)
Technology (/category/technology)
Design Tips & Tricks (https://www.shutterstock.com/blog/category/design)

Transportation (/category/transportation)ography)
Transportation (/category/transportation)
Press / Media (/press)

Vectors (/category/vectors)
Careers (/jobs)

Become a Contributor (https://submit.shutterstock.com?pl=LOHPCTA-CTA&cr=LOHCTA)

Vintage (/category/vintage)
Affiliate/Reseller Program (https://affiliate.shutterstock.com/)

International Reseller Program (/international-reseller-program)

Developers (https://developers.shutterstock.com/)

Shutterstock for iOS (https://itunes.apple.com/us/app/shutterstock/id473347409?mt=8)

Shutterstock for Android (https://play.google.com/store/apps/details?id=com.shutterstock.consumer&hl=en)

Shutterstock Coupons (/coupons)

Investor Relations (http://investor.shutterstock.com/)

Help

Support Center (/support/)

Contact Us (/contactus)

## Sales

1-866-663-3954 (tel:1-866-663-3954)

1-646-419-4452 (US) (tel:1-646-419-4452)

## Follow Us

## Select a language

Čeština (/cs/image-photo/paris-france-october-26-ceremonial-lighting-112432430?src=U67kWxmiXbM5pgInN5hF9g-1-40)

Portuguès (/pt/image-photo/paris-france-october-26-ceremonial-lighting-112432430?src=U67kWxmiXbM5pgInN5hF9g-1-40)

Dansk (/da/image-photo/paris-france-october-26-ceremonial-lighting-112432430?src=U67kWxmiXbM5pgInN5hF9g-1-40)

Suomi (/fi/image-photo/paris-france-october-26-ceremonial-lighting-112432430?src=U67kWxmiXbM5pgInN5hF9g-1-40)

Deutsch (/de/image-photo/paris-france-october-26-ceremonial-lighting-112432430?src=U67kWxmiXbM5pgInN5hF9g-1-40)

Svenska (/sv/image-photo/paris-france-october-26-ceremonial-lighting-112432430?src=U67kWxmiXbM5pgInN5hF9g-1-40)

English (/en/image-photo/paris-france-october-26-ceremonial-lighting-112432430?src=U67kWxmiXbM5pgInN5hF9g-1-40)

Türkçe (/tr/image-photo/paris-france-october-26-ceremonial-lighting-112432430?src=U67kWxmiXbM5pgInN5hF9g-1-40)

Español (/es/image-photo/paris-france-october-26-ceremonial-lighting-112432430?src=U67kWxmiXbM5pgInN5hF9g-1-40)

Русский (/ru/image-photo/paris-france-october-26-ceremonial-lighting-112432430?src=U67kWxmiXbM5pgInN5hF9g-1-40)

Français (/fr/image-photo/paris-france-october-26-ceremonial-lighting-112432430?src=U67kWxmiXbM5pgInN5hF9g-1-40)

ไทย (/th/image-photo/paris-france-october-26-ceremonial-lighting-112432430?src=U67kWxmiXbM5pgInN5hF9g-1-40)

Italiano (/it/image-photo/paris-france-october-26-ceremonial-lighting-112432430?

src=U67kWxmiXbM5pgInN5hF9g-
1-40)

한국어
(/ko/image-
photo/paris-
france-october-
26-ceremonial-
lighting-
112432430?
src=U67kWxmiXbM5pgInN5hF9g-
1-40)

Magyar
(/hu/image-
photo/paris-
france-october-
26-ceremonial-
lighting-
112432430?
src=U67kWxmiXbM5pgInN5hF9g-
1-40)

日本語
(/ja/image-
photo/paris-
france-october-
26-ceremonial-
lighting-
112432430?
src=U67kWxmiXbM5pgInN5hF9g-
1-40)

Nederlands
(/nl/image-
photo/paris-
france-october-
26-ceremonial-
lighting-
112432430?
src=U67kWxmiXbM5pgInN5hF9g-
1-40)

简体中文
(/zh/image-
photo/paris-
france-october-
26-ceremonial-
lighting-
112432430?
src=U67kWxmiXbM5pgInN5hF9g-
1-40)

Norsk
(/nb/image-
photo/paris-
france-october-
26-ceremonial-
lighting-
112432430?
src=U67kWxmiXbM5pgInN5hF9g-
1-40)

繁體中文 (/zh-
Hant/image-
photo/paris-
france-october-
26-ceremonial-
lighting-
112432430?
src=U67kWxmiXbM5pgInN5hF9g-
1-40)

Polski
(/pl/image-
photo/paris-
france-october-
26-ceremonial-
lighting-
112432430?
src=U67kWxmiXbM5pgInN5hF9g-
1-40)

Legal

Website Terms of Use (/terms)

License Agreement (/license)

Privacy Policy (/privacy)

Patents (/patents)

© 2003-2018 Shutterstock, Inc. All rights reserved. Made In NYC. (http://nytm.org/made)

# shutterstock

(/)

| Search for royalty-free stock images | All Images ▾ | 🔍 |



⊕  ()  ⬇  ()  ⬆  ()  ✎/  (/editor/image/paris-jun-25-eiffel-
tower-light-682876090?ref=image-photo&exit=/image-
photo/682876090)

**Editorial use only** ⓘ
Editorial credit: NaughtyNut / Shutterstock.com

## Create your Free Account

Email Address

Password

⬇ **Download**

EXHIBIT **20**
WIT: **P.C.**
DATE: **6-15-18**
Lisa Ortega, RPR

By creating an account, I agree to Shutterstock's Website Terms
(/terms), Privacy Policy (/privacy), and Licensing Terms (/license).

Already have an account? Sign In
(https://accounts.shutterstock.com/login?lang=en&next=%
2Foauth%2Fauthorize%3Fstate%
3Df58dccb10452b211f670171168c7ec53%
26redirect_uri%3Dhttps%253A%252F%
252Fwww.shutterstock.com%252Fbase%252Foauth%
252Fcallback%253Flanding_page%253D%25252Fimage-
photo%25252Fparis-jun-25-eiffel-tower-light-682876090%
25253Fsrc%25253DU67kWxmiXbM5pgInN5hF9g-4-58%
2526realm%253Dcustomer%26scope%
3Dlicenses.create%2520licenses.view%
2520organization.view%2520purchases.view%
2520purchases.create%2520user.edit%2520user.email%
2520user.view%26hl%3Den%26client_id%
3D63bf4e8aa2191e79bf34)

 By NaughtyNut (/g/naughtynut)

Royalty-free stock photo ID: 682876090

Paris - Jun 25: Eiffel Tower Light and Beam Performance Show at Dusk on Jun 25, 2014. Eiffel
Tower is the highest monument in France use 20,000 light bulbs in the show.

eiffel (/search/eiffel)      tower (/search/tower)      arc (/search/arc)      architecture (/search/architecture)

blue (/search/blue)      building (/search/building)      capital (/search/capital)      city (/search/city)      Show more

Categories: Buildings/Landmarks (/category/buildings-landmarks?searchterm=eiffel&noid=1), Parks/Outdoor
(/category/parks-outdoor?searchterm=eiffel&noid=1)

Similar images



**See all (/search/similar/682876090)**

Same artist



**See all (/g/naughtynut?searchterm=eiffel)**

Browse stock images by category

Abstract (/category/abstract)

Animals/Wildlife (/category/animals-wildlife)

The Arts (/category/the-arts)

Backgrounds/Textures (/category/backgrounds-t...

Beauty/Fashion (/category/beauty-fashion)

Buildings/Landmarks (/category/buildings-landm...

Business/Finance (/category/business-finance)

Celebrities (/category/celebrities)

Editorial (/category/editorial)

Education (/category/education)

Food and Drink (/category/food-and-drink)

Healthcare/Medical (/category/healthcare-medical)

Holidays (/category/holidays)

Illustrations/Clip-Art (/category/illustrations-clip-art)

Industrial (/category/industrial)

Interiors (/category/interiors)

Miscellaneous (/category/miscellaneous)

Nature (/category/nature)

Objects (/category/objects)

Parks/Outdoor (/category/parks-outdoor)

**200,846,314** royalty-free stock images

People (/category/people)    **1,451,064** new stock images added this week

Religion (/category/religion)

Science (/category/science)

Signs/Symbols (/category/signs-symbols)

Sports/Recreation (/category/sports-recreation)

Technology (/category/technology)

Transportation (/category/transportation)

Vectors (/category/vectors)

Vintage (/category/vintage)

Shutterstock.com
Home (/)
About Us (/about)
Subscribe / Renew (/subscribe)
Shutterstock Footage (https://www.shutterstock.com/video/)
Shutterstock Music (https://www.shutterstock.com/music/)
Shutterstock Blog (https://www.shutterstock.com/blog/)
Design Tips & Tricks (https://www.shutterstock.com/blog/category/design)
Trending Topics (https://www.shutterstock.com/photography)
Press / Media (/press)
Become a Contributor (https://submit.shutterstock.com?pl=LOHPCTA-CTA&cr=LOHCTA)
Affiliate/Reseller (https://www.shutterstock.com/affiliate.shutterstock.com)
International Reseller Program (/international-reseller-program)
Developers (https://developers.shutterstock.com/)
Shutterstock for iOS (https://itunes.apple.com/us/app/shutterstock/id473347409?mt=8)
Shutterstock for Android (https://play.google.com/store/apps/details?id=com.shutterstock.consumer&hl=en)
Shutterstock Coupons (/coupons)
Investor Relations (http://investor.shutterstock.com/)


Help
Support Center (/support/)
Contact Us (/contactus)


Sales
1-866-663-3954 (tel:1-866-663-3954)
1-646-419-4452 (US) (tel:1-646-419-4452)

Follow Us

Select a language

Čeština (/cs/image-photo/paris-jun-25-eiffel-tower-light-682876090?src=U67kWxmiXbM5pgInN5hF9g-4-58)

Português (/pt/image-photo/paris-jun-25-eiffel-tower-light-682876090?src=U67kWxmiXbM5pgInN5hF9g-4-58)

Dansk (/da/image-photo/paris-jun-25-eiffel-tower-light-682876090?src=U67kWxmiXbM5pgInN5hF9g-4-58)

Suomi (/fi/image-photo/paris-jun-25-eiffel-tower-light-682876090?src=U67kWxmiXbM5pgInN5hF9g-4-58)

Deutsch (/de/image-photo/paris-jun-25-eiffel-tower-light-682876090?src=U67kWxmiXbM5pgInN5hF9g-4-58)

Svenska (/sv/image-photo/paris-jun-25-eiffel-tower-light-682876090?src=U67kWxmiXbM5pgInN5hF9g-4-58)

English (/en/image-photo/paris-jun-25-eiffel-tower-light-682876090?src=U67kWxmiXbM5pgInN5hF9g-4-58)

Türkçe (/tr/image-photo/paris-jun-25-eiffel-tower-light-682876090?src=U67kWxmiXbM5pgInN5hF9g-4-58)

Español (/es/image-photo/paris-jun-25-eiffel-tower-light-682876090?src=U67kWxmiXbM5pgInN5hF9g-4-58)

Русский (/ru/image-photo/paris-jun-25-eiffel-tower-light-682876090?src=U67kWxmiXbM5pgInN5hF9g-4-58)

Français (/fr/image-photo/paris-jun-25-eiffel-tower-light-682876090?src=U67kWxmiXbM5pgInN5hF9g-4-58)

ไทย (/th/image-photo/paris-jun-25-eiffel-tower-light-682876090?src=U67kWxmiXbM5pgInN5hF9g-4-58)

Italiano (/it/image-photo/paris-jun-25-eiffel-tower-light-682876090?src=U67kWxmiXbM5pgInN5hF9g-4-58)

한국어 (/ko/image-photo/paris-jun-25-eiffel-tower-light-682876090?src=U67kWxmiXbM5pgInN5hF9g-4-58)

Magyar (/hu/image-photo/paris-jun-25-eiffel-tower-light-682876090?src=U67kWxmiXbM5pgInN5hF9g-4-58)

日本語 (/ja/image-photo/paris-jun-25-eiffel-tower-light-682876090?

Nederlands (/nl/image-photo/paris-jun-25-eiffel-tower-light-682876090?

src=U67kWxmiXd46p9TkV8mF9g-
4-58)

简体中文          Norsk
(/zh/image-      (/nb/image-
photo/paris-jun- photo/paris-jun-
25-eiffel-tower- 25-eiffel-tower-
light-           light-
682876090?       682876090?
src=U67kWxmiXd46p9TkV8mF9g-
4-58)            4-58)

繁體中文 (/zh-      Polski
Hant/image-      (/pl/image-
photo/paris-jun- photo/paris-jun-
25-eiffel-tower- 25-eiffel-tower-
light-           light-
682876090?       682876090?
src=U67kWxmiXd46p9TkV8mF9g-
4-58)            4-58)


## Legal

Website Terms of Use (/terms)

License Agreement (/license)

Privacy Policy (/privacy)

Patents (/patents)

© 2003-2018 Shutterstock, Inc. All rights reserved. Made In NYC. (http://nytm.org/made)