UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PIERRE-YVES CHICOINEAU,<br><br>                    Plaintiff,<br>  - against –<br><br>BONNIER CORPORATION<br><br>                    Defendant. | 1:18-cv-03264 (JSR)<br><br>ECF Case |

## NOTICE OF APPEARANCE

NOTICE is hereby given that James H. Freeman is entering his appearance as counsel for Plaintiff Pierre-Yves Chicoineau, for the purpose of receiving notice from the Court.

Respectfully submitted this 11th day of October, 2018.

/jameshfreeman/
James H. Freeman (JF-8605)
jf@liebowitzlawfirm.com

LIEBOWITZ LAW FIRM
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
(516) 233-1660