**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
PIERRE-YVES CHICOINEAU
:
:
                Plaintiff,   :      18-CV-3264 (JSR) (OTW)
:
     -against-             :
:      **SCHEDULING ORDER**
BONNIER CORPORATION,    :
:
                Defendant.  :
:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

This matter has been referred to the undersigned for a Damages Hearing. The parties shall appear for a status conference on **Wednesday, November 28, 2018 at 3:00 p.m**. in Courtroom 20D, 500 Pearl Street.

**SO ORDERED.**

                                              *s/ Ona T. Wang*

Dated: New York, New York                     **Ona T. Wang**
       October 29, 2018                        United States Magistrate Judge